# APPENDIX TO PLAINTIFFS' NOTICE OF SUBSEQUENT EVENTS BEARING ON DEFENDANT'S SUBJECT MATTER WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE, CONSOLIDATED – COFC NOS. 01-570C, 01-627C AND 04-501C

1. S. Zike Deposition Transcript
2. Plaintiffs' Deposition Exhibit 31
3. Plaintiffs' Deposition Exhibit 35A
4. Plaintiffs' Deposition Exhibit 35B
5. Plaintiffs' Deposition Exhibit 41A
6. Plaintiffs' Deposition Exhibit 41D