# FAX

Number of Pages to Follow: 29

| | | | FAX Number: |
|---|---|---|---|
| To: | Ellen Athas | CEQ | (202) 456-0753 |
| | Nancy Hayes | FWS-WO | (202) 208-4684 |
| | Ted Bowling | DOJ | (202) 305-0506 |
| | Chris Jauhola | BLM-WO | (202) 452-7702 |
| | PLEASE DELIVER TO: | | |
| | Nancy Green Or Eric Johnston | FS-WO Fish, Wildlife and Rare Plants | (202) 205-1599 |
| email: | Arnie Holden | FS-R6 | |
| | Jay Watson | REO | |
| From: | Cheryl McCaffrey tel: (503) 952-6050 | BLM OR931 | (503) 952-6021 |

Date: May 18, 1998

Subject: DRAFT Report for proposed change to Survey and Manage Standard and Guideline Component 2 implementation schedule under the Northwest Forest Plan.

We are sending this Draft document pursuant to the request made by CEQ and DOJ on the 5/15/98 conference call. This is the latest DRAFT version of the report addressing the proposed change for component 2 species following the authority on page C-6 of the ROD/S&Gs. Appendix B has the common names of the species. Appendix C is a DRAFT summary of the increment of risk to the species. The species groupings in the report were based on a regional perspective.

We are polling field staff to verify this analysis, primarily, relative to the feasibility of survey issue. Comments on our assessment of increment of risk are also being made by the field as appropriate. It is possible that the information from the field will result in some species being considered more or less feasible or that the increment of risk could change. We have not yet added substantially to either the risk analysis section of the report or that the proposed change is based on increased field experience with the species. We are aware that these requests have been made of us. Therefore, this document is still very much a draft and is considered a predecisional, working document.

PLAINTIFF'S EXHIBIT 31 1-10-07 McCaffrey

*Pre-decisional deliberative document — not subject to FOIA*

DRAFT 5/15/98

# REPORT TO THE REGIONAL INTERAGENCY EXECUTIVE COMMITTEE ON THE IMPLEMENTATION SCHEDULE FOR SURVEY AND MANAGE AND PROTECTION BUFFER SPECIES

## ISSUE SUMMARY

The Northwest Forest Plan (NFP) requires surveys prior to FY 1999 ground-disturbing activities for most Survey and Manage Component 2 species and Protection Buffer species. The Forest Service and BLM may not be able to implement surveys according to this schedule for all of these species. Without a change in the schedule, the failure to complete surveys could seriously disrupt resource programs, including timber harvest, riparian restoration, prescribed fire, and recreation, and would do little to benefit the species because of our limited ability to locate these species in such surveys at this time. The Forest Service and BLM propose to change the survey schedule for some of these species, based on the technical infeasibility of surveys and the lack of any substantial increment of risk to the species from changing the schedule by one year. This report contains the Forest Service and BLM proposal, analysis of this proposal and options, and the Regional Ecosystem Office (REO) recommendation.

## BACKGROUND

The NFP is a strategy for managing habitat for late-successional forest related species on Forest Service and BLM-administered lands within the range of the northern spotted owl. The NFP balances two primary purposes: (1) providing sustainable timber harvests, and (2) maintaining and restoring healthy old-growth ecosystems and adequate populations of fish, wildlife, and plants (ROD, pp., 2, 25, 61). The NFP includes land allocations and standards and guidelines that collectively establish broad-scale conservation strategies for individual species, species groups and communities, and ecosystems. For example, the land allocations and the standards and guidelines in the NFP constitute the federal lands' contribution to the recovery of the northern spotted owl (ROD, Appendix A, p. 3). The NFP also provides specific protection for some late-successional forest related species not listed under the Endangered Species Act (ESA) including species covered under the Survey and Manage and Protection Buffer standards and guidelines.

The history of the Survey and Manage and Protection Buffer standards and guidelines is complicated and somewhat abstruse. Between 1991 and 1994, federal courts had enjoined the Forest Service and BLM from holding most timber sales with the range of the northern spotted owl. The courts had held that the agencies failed to meet the various requirements of the

National Forest Management Act (NFMA), the National Environmental Policy Act (NEPA), and ESA. In response to the courts' concerns about the viability of late-successional forest related species, the Forest Service formed a team of scientists, the Scientific Analysis Team (SAT). The SAT report, completed in March 1993, contained a viability evaluation process for a wide range of species associated with late-successional forests. Although the agencies took no actions in direct response to the SAT report, its findings and processes were used in the Forest Ecosystem Management Assessment Team (FEMAT) report, which played an important role in the development of the alternatives and the analysis in the Supplemental Environmental Impact Statement (SEIS) for the NFP (FEMAT, Chapter IV, p. 49; FSEIS, Chapters 3&4, p. 3).

The FEMAT report assessed the viability of a total of 1120 species (FEMAT, Chapter IV, pp. 77-185). After the Draft SEIS, 490 species or groups of species were identified for further analysis (FSEIS, Appendix J2, p. 4). As part of the Final SEIS, a Species Analysis Team composed of federal scientists provided additional explanation of species viability ratings from the FEMAT report and assessed mitigation measures that could be employed to improve the likelihood of species viability. The Species Analysis Team described a list of 23 possible mitigation measures, explained the benefits of each possible mitigation measure, and summarized all mitigation measures that had been proposed for each species (FSEIS, Appendix J2, p. 6). The Survey and Manage strategy was among the proposed mitigation measures that were incorporated into Alternative 9 of the FSEIS and were eventually adopted in the ROD (FSEIS, Chapter 2, p. 1; Appendix J2, p. 7; ROD, pp. 11, 29).

The Survey and Manage strategy consists of four components:

> *Survey and Manage: The standards and guidelines require land managers to take certain actions relative to rare species of plants and animals, particularly amphibians, bryophytes, lichens, mollusks, vascular plants, fungi, and arthropods. These include: (1) manage known sites of rare organisms; (2) survey for the presence of rare organisms prior to ground-disturbing activities; (3) conduct surveys to identify locations and habitats of rare species; and (4) conduct general regional surveys for rare species.* (ROD, p. 11).

Separate from the Survey and Manage strategy, the NFP gave special and specific protection to species identified in the SAT report as Protection Buffers. The recommendations of the SAT report were carried almost verbatim into the Late Successional Reserve, Managed Late Successional Area, and Matrix sections of the standards and guidelines (ROD, Appendix C, pp. 9, 19-21, 23, 26-28, 45-48). Application of the Protection Buffer provisions for some species result in the addition of unmapped Late-Successional Reserves and Managed Late-Successional Areas to be managed according to species-specific standards and guidelines (ROD, Appendix C, pp. 11, 26). Although the Protection Buffer provisions and the Survey and Manage strategy have different histories and implementation mechanisms, the division between these provisions is indistinct: 13 of the 17 Protection Buffer species are also included as Survey and Manage species (ROD, Appendix C, pp. 49-61). Also, the non-animal Protection Buffer species (i.e., mosses,

liverworts, and fungi) share a common implementation schedule with Survey and Manage species:

> *Protection Buffers are additional standards and guidelines from the Scientific Analysis Team Report of specific rare and locally endemic species, and other specific species in the upland forest matrix ... Protocols for surveys will be developed that ensure a high likelihood of locating these occupied sites, and such surveys will be conducted prior to ground-disturbing activities within the known or suspected ranges and within the habitat types or vegetation communities occupied by these species, according to the implementation schedule for Survey and Manage components 1 and 2 on pages C-4 and C-5 of these Standards and Guidelines.* (ROD, Appendix C, pp. 19-20).

Between the Final SEIS and the ROD, the implementation schedule was changed for some Survey and Manage species and Protection Buffer species:

> • *The requirement to develop and apply protocols for surveys for species for which protection buffers are required, from page B-64 of the Final SEIS, has been edited to provide timelines for implementation of protocols that are consistent with those described for the "survey and manage" standards and guidelines. It is included on pages C-19 and C-27 of Attachment A. This change gives the agencies time to develop protocols and information needed to implement these standards and guidelines.* (ROD, p. 34).
>
> • *The standards and guidelines for "survey and manage" (Final SEIS App. B-11) have been revised. See Attachment A, pp. C-4 through C-6. There are no changes to the requirement to manage known sites. In addition, there are no changes to the requirement that vertebrates listed on page C-59 will have surveys conducted prior to ground disturbing activities that will be implemented in FY 1997 or later. The survey strategy 3 and 4 surveys 2 will be initiated no later than FY 1996, and the category 4 surveys are to be completed within 10 years. For other species addressed by Species Analysis Team, the time lines for the implementation of survey requirements have been changed.*
>
> *Survey protocols will be developed and implemented for the 71 remaining species under survey strategy 2 listed on pp. C-49 through 61 as soon as possible. In all cases, these surveys must be completed prior to ground disturbing activities that will be authorized or implemented in FY 1999 or later. This will provide agencies a maximum of four full fiscal years (FYs 1995, 1996, 1997, and 1998) in which to develop and apply survey protocols for these species. Agencies are to begin implementation of this requirement with available resources in FY 1994. Work to establish habitat requirements and survey protocols may be prioritized relative to the estimated threats to the species.* (ROD, pp. 36-37).

As a result of these changes, surveys are required prior to ground-disturbing activities that will be implemented in Fiscal Year 1999 or later for 80 Survey and Manage Component 2 species and Protection Buffer species (hereafter referred to as "FY 1999 species").

## PURPOSE OF THE PROPOSAL

The Forest Service and BLM propose to change the implementation schedule for surveys of some Survey and Manage Component 2 and Protection Buffer species. The Forest Service and BLM may not be able to implement surveys according to the above schedule for all species for the following reasons:

- survey protocols or standard methods are not available;
- the need for further training of field personnel; and
- survey opportunities for many species are extremely limited.

Without a change in the schedule, the failure to complete surveys could seriously disrupt resource programs, including timber harvest, riparian restoration, prescribed fire, and recreation, and would do little to benefit the species because of our limited ability to locate these species in such surveys at this time

The purpose of this proposed change is to develop a schedule that will:

- allow the implementation of effective and technically credible surveys;
- prioritize implementation relative to the estimated risk to the species; and
- avoid substantial disruption of other resource programs.

It is not the purpose of this proposal to alter the requirement to manage known sites for species that are also listed as Survey and Manage Component 1 species.

This proposed change is in conformance with individual Forest Service and BLM land and resource management plans and the NFP, which anticipated such changes. This proposed change would be made throughout the range of the NFP, for which the Final SEIS describes the affected environment (FSEIS, Chapters 3&4).

## NEED FOR THE PROPOSAL

The Survey and Manage provisions in the NFP are inherently uncertain; many species were identified as Survey and Manage species because little was known about their abundance, range, habitat, and ecology (see generally, FSEIS, Appendix J-2). The ROD explicitly anticipated that the agencies would have to change Survey and Manage provisions in the course of implementing the NFP:

> *As experience is acquired with these requirements, agencies may propose changes to the REO for analysis.* ***These changes could include changing the schedule****, moving a species from one survey strategy to another, or dropping this mitigation requirement for*

*any species whose status is determined to be more secure than originally projected. The REO will forward such proposals, along with recommendations, to the RIEC for action. The RIEC may recommend such changes as appropriate in order to assure the continuing attainment of the purposes of the plan and the conservation requirements of all laws applicable to the affected species.* (ROD, p. 37, emphasis added).

The process by which species were identified as Survey and Manage or Protection Buffer species was very different than the listing process under ESA, which requires considerable scientific information about species, and a formal proposal and status review before a species is listed. None of the species considered in this proposal are listed or proposed for listing under ESA.

The decision in the ROD about the implementation schedule for these species was made based on admittedly incomplete information (ROD, p. 11; Appendix C, p. 5; and see generally, FSEIS, Appendix J2). In fact, it was necessary to change the implementation schedule between the FSEIS and the ROD:

*These changes reflect the magnitude of the task, coupled with the lack of species information and skilled personnel.* (ROD, pp. 36-37).

Despite considerable work since the ROD, the magnitude of the task, the lack of species information, and the need for further training for field personnel still limit the agencies' ability to implement surveys for these species.

More importantly, species were assigned in the ROD to Survey and Manage Component 2 based in part on the assumptions that survey protocols existed or could be developed reasonably soon, and that adequate searches could be conducted in a single year (Draft Meeting Notes on Intent of Survey and Manage Strategies in the ROD, 12/2/94). As the agencies have gained more information about these species and have attempted to develop survey protocols, these assumptions have been called into question for many of the Survey and Manage Component 2 and Protection Buffer species, as discussed below under "Feasibility of Surveys."

**Agency Accomplishments**

The agencies have made substantial progress since the ROD in developing survey protocols and management recommendations, as well as building the necessary organizational infrastructure and biological databases to implement the Survey and Manage and Protection Buffer provisions (see Appendix A). The RIEC has chartered an Interagency Survey and Manage workgroup to develop databases, survey protocols, and management recommendation. The agencies have sorted through historical records of Survey and Manage species; have constructed a database of Survey and Manage known sites; and are near completion of the Interagency Species Management System (ISMS), designed to store Survey and Manage data in a central database available to field staff. The agencies have hired interagency technical experts to lead extensive and general regional surveys, as well as to provide training, species identification, and technical

advice. The workgroup has succeeded in developing management recommendations for 163 species for field implementation and review; management recommendations for an additional 95 species are currently in review or revision status. Survey protocols have proven more problematic, although progress has been made on many survey protocols. The work since the ROD has made it possible to survey for many of the Survey and Manage Component 2 and Protection Buffer species at this time, but the taxonomy and life history of some of these species makes systematic surveys infeasible at this time.

**Feasibility of Surveys**

On April 20, 1998, 17 Survey and Manage taxa specialists and field biologists and botanists met in the REO offices in Portland. They came from the Forest Service (PNW, R-5, and R-6), BLM, and the U.S. Fish and Wildlife Service. They evaluated the 80 Component 2 and Protection Buffer species that have the requirement for survey prior to ground-disturbing activities implemented in FY 1999. They focused on the feasibility of surveying for the species in time for FY 1999 projects, and on the increment of risk of changing the survey schedule from FY 1999 to FY 2000. The interagency Survey and Manage Core Team reviewed and summarized their species-by-species reports (see Appendices B, C, and D).

This evaluation identified the following problems with surveys: unavailable survey protocols; the need for further training of field personnel; the inability to identify some species in the field; and the inability to identify some species in a single year of surveys.

- Survey protocols or standard methods are not available for all FY 1999 species to permit surveys of projects to be implemented in FY 1999. At this time, well over half of the protocols have been delivered to field units for review and use. However, development of survey protocols has taken longer than expected because of the lack of knowledge of some of these species, the scarcity of taxonomic experts, and the inherent difficulty of surveying for some of these species because of their taxonomy and life history, as discussed below. For most of these species, generally accepted field methods for survey do not exist.

- Some of the FY 1999 species can be authoritatively identified only by one or a very few experts. At this time, agency field personnel are not yet sufficiently trained and experienced to reliably identify 29 of the 80 FY 1999 species, including most of the freshwater snails. Further training of agency specialists in both species taxonomy and the specific requirements of the survey protocols is needed before surveys can be completed for all ground-disturbing activities.

- For many of the FY 1999 species, the necessary characteristics to identify the species cannot be distinguished in the field. Species that could not be generally identified in the field and required more than simple laboratory confirmation for identification were considered infeasible to identify in the field. At this time, there is not a taxonomic

description available for field identification of 20 of the 80 FY 1999 species, including most of the freshwater snails, two liverworts, and two fungi. Therefore, surveys could at least require collection in the field with a complete record of collection locations; extensive laboratory work for identification; and a return to the field to mark known sites based on laboratory identification. Implementing such a survey for all ground-disturbing activities would present an overwhelming workload.

- Finally, adequate searches for many FY 1999 species cannot be conducted in a single year because there is only a short time period when the critical identifying characteristics are visible, or the species does not produce the identifying structures annually or predictably. For 10 of the 80 FY 1999 species, the species' life history is such that surveys require several or many years to complete. Most of these species are fungi that do not annually or reliably produce fruiting bodies. Attempting to survey for such species in a single year is not likely to find known sites or to yield technically credible results.

As a result of the above difficulties, surveys are not technically feasible at this time for 40 of the 80 species evaluated.[1]

**Risk to Species**
In addition to evaluating the technical feasibility of surveys, Survey and Manage taxa specialists and field biologists and botanists also evaluated the whether changing the survey schedule from FY 1999 to FY 2000 would substantially increase the risk to the long-term viability of each FY 1999 species (see FEMAT, Chapter IV, pp. 39-44; FSEIS, Appendix J2, pp. 2-3 for discussions of species viability). The specialists determined that for 68 of the 80 species, changing the survey schedule from FY 1999 to FY 2000 would not substantially increase the risk to species

---

[1] Note that this definition focuses on technical feasibility of surveying for the species based on what is known at a regional level. It does not address the operational feasibility for field units to conduct surveys or the workload of any particular field office. It does not address the rarity or the abundance of the species. It is probable that some species which have poor descriptions of their range and habitat or which appear irregularly (and are thus are "not technically feasible" to survey) are being found while surveying for other species.

viability.[2] However, the specialists did determine that changing the survey schedule would substantially increase the risk to the remaining 12 species[3] (see Appendices B and C).

**Feasibility of Surveys and Increment of Risk of Changing the Survey Schedule for 80 Survey and Manage Component 2 and Protection Buffer Species**

| | | Survey Feasibility | |
|---|---|---|---|
| | | *technically feasible* | *not technically feasible* |
| **Increment of Risk to Species** | *substantially increased* | 10 | 2 |
| | *not substantially increased* | 30 | 38 |

[2] Note that this evaluation of risk does not represent a revised or formal viability analysis. However, it does represent a judgement by taxa specialists of the increment of risk to the long-term viability of the species from an additional year of projects prior to surveys. The specialists determined the increment of risk using professional expertise and experience, considering factors such as the species distribution, number and location of known sites, habitat requirements, other protections for the species, and planned activities in the species' habitat (see Appendix C).

[3] For 2 of these species for which a change in the survey schedule would substantially increase risk, surveys do not appear to be technically feasible at this time. Taxa specialists are currently working to develop feasible surveys that can be implemented for FY 1999 projects. If feasible surveys for these two species cannot be developed in time, project implementation may need to be delayed in the species' known or suspected habitat within the species' known or suspected range, or changes may need to be made in the Survey and Manage provisions for these species.

## THE FOREST SERVICE AND BLM PROPOSAL AND OPTIONS

If **no change** is made in the Survey and Manage provisions, surveys for all FY 1999 species must be completed prior to all ground-disturbing activities that will be implemented in FY 1999. This report considers the Agency Proposal and additional options for changing the implementation schedule.

**Option 1— The Forest Service and BLM Proposal** (the Agency Proposal) — is to change the survey schedule for some of the FY 1999 species, based on the technical feasibility of surveys and the increment of risk to the species. Specifically, the survey schedule would be changed from FY 1999 to FY 2000 for 38 species for which surveys are not technically feasible and for which there is not a substantially increased risk to the species from changing the survey schedule. For the remaining 42 species, surveys would be required prior to FY 1999 ground-disturbing activities.

**Option 2** is to change the survey schedule for some of the FY 1999 species, based only on the increment of risk to the species. Specifically, the survey schedule would be changed from FY 1999 to FY 2000 for 68 species for which there is not a substantially increased risk to the species from changing the survey schedule.

**Option 3** is to change the survey schedule from FY 1999 to FY 2000 for all 80 FY 1999 species. This option would keep together the species for which the ROD established a common survey schedule.

## ANALYSIS OF THE OPTIONS

If **no change** is made in the Survey and Manage provisions, surveys for the FY 1999 species must be completed prior to all ground-disturbing activities that will be implemented in FY 1999. However, given that surveys are not technically feasible for many species, surveys would not be completed before all ground-disturbing activities in FY 1999, and some planned projects would not be implemented.

Attempting to survey for many of these species despite the difficulties discussed above would consume a great deal of the time and energy of field personnel and the few taxonomic experts, and would do little to benefit the species because of our limited ability to locate these species in such surveys at this time. This expenditure of effort would detract from gaining habitat and life history information on these and other Survey and Manage species, and distract taxonomic experts from efforts to design management to maintain the viability of some of these species.