Without any change in the Survey and Manage provisions, some planned FY 1999 projects would not be able to proceed because of incomplete surveys. Based on initial estimates by field managers in the Forest Service and BLM, the inability to complete surveys would prevent the implementation of 40-50% of planned timber harvests, most prescribed burning, and some construction and repair of recreation sites in FY 1999.

**Option 1 (the Agency Proposal) — change the schedule for 38 species for which surveys are technically infeasible and there is not a substantially increased risk**

Changing the survey schedule to FY 2000 for 38 species would remove the requirement to survey for these species prior to FY 1999 ground-disturbing activities, which would reduce disruptions to planned FY 1999 activities. Under this option, the schedule for surveys would be changed only for species for which surveys are not technically feasible at this time and for which there is not a substantially increased risk to species' viability. However, surveys for the remaining 42 species would still constitute a considerable workload for the agencies. The agencies are currently asking field offices if this option would adequately reduce the survey workload in FY 1999 to avoid serious disruptions of resource programs.

Changing the survey schedule for 38 species could allow some loss of populations that would otherwise be protected. If the survey schedule is not changed, these populations would be protected simply because the inability to complete surveys would halt implementation of projects, not because pre-project surveys would likely have found these populations. However, based on the evaluation by the taxa specialists and field biologist and botanists, the change in schedule would not substantially increase the risk to these species beyond what had been anticipated in the SEIS for the NFP, and is highly unlikely to result in a loss of populations that would foreclose future management opportunities, such as moving the species to another Survey and Manage component.

**Option 2 — change the schedule for 68 species for which there is not a substantially increased risk**

Changing the survey schedule to FY 2000 for 68 species for which there is not a substantially increased risk would have somewhat similar effects to Option 1. Surveys would still be required for the 12 species for which a schedule change would substantially increase the risk to the species. However, surveys would not be required in FY 1999 for 68 species for which there would not be a substantially increased risk to the species from a schedule change (including 30 species for which surveys are technically feasible at this time).

Therefore, Option 2 would more effectively reduce disruptions to planned FY 1999 activities and more effectively reduce survey workload than would Option 1.

Changing the survey schedule for 38 species for which surveys are not technically feasible at this time and for which there is not a substantially increased risk would have effects similar to Option

1. In addition, changing the survey schedule for 30 species for which surveys are technically feasible at this time and for which there is not a substantially increased risk could potentially allow some loss of populations that would otherwise be protected. If the survey schedule is not changed, populations of these 30 species could be effectively found by pre-project surveys. However, based on the evaluation of the taxa specialists and field biologist and botanists, the change in schedule would not substantially increase the risk to these species beyond what had been anticipated in the SEIS for the NFP, and is highly unlikely to result in a loss of populations that would foreclose future management opportunities, such as moving the species to another Survey and Manage component.

Under Option 2, like Option 1, the agencies would also need to consider other changes to the Survey and Manage and Protection Buffer provisions.

**Option 3 — change the schedule for all 80 FY 1999 species**

Changing the survey schedule to FY 2000 for all FY 1999 species would remove the requirement to survey prior to FY 1999 ground-disturbing activities, which would eliminate disruptions to planned FY 1999 activities due to surveys. As discussed above under Option 1, surveys are not technically feasible at this time for 40 species. However, surveys are technically feasible for 40 other species. Under Option 3, surveys would not be required for any of these 80 species for FY 1999 projects.

Changing the survey schedule for 68 species for which there is not a substantially increased risk would have effects similar to Option 2. In addition, for 12 other species, changing the survey schedule could substantially increase the risk to the species. Failure to protect populations of these species which might have been found by surveying prior to ground-disturbing activities in FY 1999 projects could reduce future management opportunities for these species. Although extremely unlikely, such activities could inadvertently foreclose a future opportunity to protect sufficient populations of the species to have justified moving these species to other Survey and Manage components.

Under Option 3, like Option 1, the agencies would also need to consider other changes to the Survey and Manage and Protection Buffer provisions.

**RECOMMENDATION**

The REO recommends adoption of **Option 1 (the Agency Proposal)**, which would change the survey schedule from FY 1999 to FY 2000 for 38 species for which surveys are not technically feasible at this time and for which there is not a substantially increased risk to species' viability from changing the survey schedule. This proposal best reflects the balance between resource production and healthy ecosystems that is the laid out in the NFP. This proposal prioritizes implementation of surveys relative to the estimated risk to species and will avoid serious

disruption of resource programs in FY 1999. However, without additional measures to address survey difficulties, disruption of projects beyond FY 1999 is likely. This change in schedule will allow the agencies more time to develop effective and technically credible surveys for FY 2000 projects and to consider changes in status for Survey and Manage and Protection Buffer species.

If **no change** is made in the survey schedule, agencies would not be able to conduct effective and technically credible surveys for some species in FY 1999 and, as a result, would experience serious disruption of resource programs with little benefit to the species.

**Option 2** prioritizes implementation relative to the estimated risk to the species and would avoid substantial disruption of resource programs. However, Option 2 does not require the most expeditious implementation of effective and technically credible surveys.

**Option 3** fails to prioritize implementation relative to the estimated risk to the species; it would forego surveys that are technically feasible at this time and would substantially increase the risk to 12 species.

**Long-term strategy**

Changing the survey schedule from FY 1999 to FY 2000 will not remove all of the difficulties in surveying for the 38 species for which surveys are not technically feasible at this time and for which there is not a substantially increased risk. In the next year, the agencies will make substantial progress in finalizing survey protocols and training personnel in taxonomy and survey protocols. However, the survey difficulties related to the species' taxonomy and life history are relatively intractable. In addition, for many species there is very little known about the species' range, distribution, habitat, and abundance. Therefore, in addition to changing the survey schedule from FY 1999 to FY 2000, the agencies will need to consider other changes to the Survey and Manage and Protection Buffer provisions. These changes might include moving Survey and Manage Component 2 species to other components; removing some species from the Survey and Manage list; or adjusting of the structure of the Survey and Manage strategy. For example, it is possible that some of the FY 1999 species, especially the Protection Buffer fungi, will be moved to Component 3 in the future: Component 3 was designed primarily for species whose characteristics make site and time-specific surveys difficult (ROD, Appendix C, pp. 5-6; Draft Meeting Notes on Intent of Survey and Manage Strategies in the ROD, 12/2/94), which appears to be the case for most of the Protection Buffer fungi.

The ROD explicitly anticipated that the agencies would have to change Survey and Manage provisions in the course of implementing the NFP, including changing the schedule, moving a species from one survey strategy to another, or dropping this mitigation requirement for any species whose status is determined to be more secure than originally projected. (ROD, p. 37). Such anticipated changes in the Survey and Manage provisions do not require NEPA analysis or plan amendment processes. However, other changes not anticipated in the ROD that would change the scope of resource uses or change the terms, conditions, and decisions in the Forest

Service and BLM land and resource management plans would be made only after appropriate NEPA analysis and plan amendment processes.

## CONTACTS

Jay Watson, Regional Ecosystem Office, (503) 808-2178
Judy Nelson, BLM, (503) 952-6066
Arnie Holden, Forest Service, (503) 808-2272

This report was developed from evaluation provided by the taxa specialists, field biologists and botanists, and Core Group and REO members listed in Appendix E.

## REFERENCES

Draft Meeting Notes on Intent of Survey and Manage Strategies in the ROD, December 2, 1994. [copy on file in the BLM Oregon/Washington State Office].

USDA Forest Service. March 1993. Viability Assessment and Management Considerations for Species Associated with Late-Successional and Old-Growth Forests of the Pacific Northwest: the Report of the Scientific Analysis Team [SAT Report].

USDA Forest Service, et al. July 1993. Forest Ecosystem Management: an ecological, economic, and social assessment [FEMAT]. Washington, D.C.: U.S. Government Printing Office.

USDA Forest Service and USDI Bureau of Land Management. February 1994. Final Supplemental Environmental Impact Statement on Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl.

USDA Forest Service and USDI Bureau of Land Management. April 1994. Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents Within the Range of the Northern Spotted Owl.

## APPENDIX A — Survey and Manage Accomplishments

In November 1994 the RIEC chartered an Interagency Survey and Manage workgroup which still operates under the purview of the REO. An Intermediate Management Group with BLM, FS, FWS, and PNW regional level management representatives guides the workgroup. The main purpose of this workgroup is to develop the database on species locations, and to prepare management recommendations for component 1 and 2 species, survey protocols for component 2 species, and procedures for addressing components 3 and 4. The Protection Buffer species were added to the purview of this workgroup as the information needs were similar. The workgroup consists of approximately 50 agency experts and program managers in the various taxonomic groups. Three subgroups are addressing components 3 and 4 with more of a research approach to these more long-term and broad scale surveys.

Data on locations of all component 1 S&M species was collected widely during 1994-1995. Data from BLM, USFS and NPS agency files was collected and several experts were contracted to collect information from herbaria, museums, and private collections across the country which were thought to have the major holdings of northwest species. Nearly 8000 records of variable quality and precision were collected. Approximately 2000 records contained accurate location information and were therefore locatable sufficiently for project planning. A database containing this information was developed and sent to BLM and USFS field units for use in project planning and in management of these known sites if located in proposed project areas.

The data received varied considerably in quality from vague descriptions specific to mountains, trails, rivers, or even just name of the state; to legal descriptions broken into smaller units, though not usually finer than the 1/4 1/4 section (1/4 mile); to accurately located sites indicated by crossings or maps. As a main purpose of component 1 is to use the "known site" information to design or modify activities, the locational information needed to be known precisely enough to do this. The ROD (at page C-4) also suggested using a Geographic Information System (GIS) in this compilation effort. In order to spatially depict the site, points or boundaries of the site are needed. These were not generally available, especially from herbarium and museum records. The data was reviewed and located as finely as possible, including review of aerial photos and topographic maps to follow features identified on data sheets or collection labels. The categories in the "precision" field of the database were the same as used by the state heritage programs, with the two finest being to the second (approximately 150 ft.) and minute (approximately 1.5 miles) of latitude-longitude. It was determined that 1.5 miles was too indefinite an area to use to plan projects, thus the sites known to approximately 150 ft. were identified as "known sites". For species where fewer than ten sites were known, all sites were considered "exception" sites and were identified as "known sites" for protection. It was considered that losing these sites, even though broadly identified, could be harmful to species persistence. The Known Site Database v. 1.0 was transmitted to the field July 5, 1995 and consisted only of the sites considered as "known sites" by the above criteria in such a way that points could be put onto local GIS themes for project planning.

All data collected of any precision was compiled and included in the Known Sites Database v. 2.0 which was transmitted to the field on May 28, 1997.

Difficulties in keeping the database up-to-date for all field units as well as the inability to sort some kinds of data in the "Known Sites Database" stimulated development of a more widely useful database. This project is called the Interagency Species Management System (ISMS) and is designed to store all species-specific data at a central point accessible in real-time by both BLM and USFS field staff. Development is nearly completed on this system and a calendar year 1998 release to the field is expected. Data very similar to that collected for the Known Sites Database will be managed in ISMS on all Survey and Manage component 1 and 2 species. Although the database will be stored centrally, GIS coverages will be maintained locally due to the technical complexity of central storage of GIS coverages. It will be uploaded periodically at a regional level.

To facilitate information exchange and dissemination within the BLM, an IntRAnet site has been established including many aspects of the Northwest Forest Plan. The various planning documents (FEMAT, ROD & S&Gs) are basic to the site. It also contains all BLM memoranda pertaining to survey and manage, as well as copies of all Management Recommendations (MRs) and Survey Protocol documents soon after they are officially transmitted to the field. An information exchange section includes an opportunity for field offices to post information which will facilitate field implementation of S&M requirements.

The workgroup gathered the known information on each of the approximately 400 species and prepared drafts of management recommendations. These documents are probably the most complete single source of information on most of these species. Completed management recommendation documents on 163 bryophytes, fungi species and red tree vole have been sent to the field for implementation and review. Management recommendations for approximately 95 species of vascular plants, lichens, mollusks, and amphibians are in review or revision status at this time and will be released to the field soon.

Survey protocols for Component 2 species have been developed by the same team members developing the management recommendations. Survey protocols for the great gray owl, five amphibians, and red tree vole were prepared and distributed to the field in time to initiate surveys in 1995 (for great gray owl) and prior to 1997 ground-disturbing activities as identified in the ROD. Fourteen protocols for bryophytes and lichens have been transmitted to the field. Forty-four protocols for mollusks have been prepared and drafts were distributed in training sessions, but questions on the feasibility of implementing the protocols has delayed transmittal of them to the field. The protocol for one component 2 fungus has been prepared and is awaiting transmittal to the field. The 15 vascular plant protocols are in preparation and will follow the existing methods now commonly used by agency botanists in surveys for agency sensitive species.

In the process of researching the S&M species, justifications to move species among components, and to correct errors in the S&Gs were also prepared. These followed the process identified on page C-6 for modification, or agency regulations for correcting minor errors. These included *Arceuthobium tsugense* ("hemlock dwarf mistletoe"), lynx, *Buxbaumia piperi*, and the "understory and forest gap herbivores" guild of arthropods.

Three vascular plants and some fungi have been determined to not be in need of this mitigation. Justifications to remove these species from the S&M mitigation are in preparation. One component 2 fungus species has been determined to be inappropriately placed in Component 2 and justification for moving this species to component 3 is in progress.

Subgroups focusing on component 3 and 4 species of bryophytes, lichens, and fungi have prepared a plan of work and are surveying for these species starting with those for which there appears to be the greatest risk. Researchers at PNW and PSW have developed and initiated general regional surveys for two of the arthropod guilds.

In addition to the above efforts, an Interagency Bryologist-Lichenologist and an Interagency Regional Mycologist were hired to direct the component 3 and 4 survey efforts for those taxa, to provide technical advice to the agencies, and training to field staff. The Bryologist, Mycologist, and mollusk and amphibian subgroups have conducted training throughout the region and provide identifications and technical advice to field personnel in addition to their document preparation efforts.

Through the work of both the Survey and Manage regional level workgroup and the surveys of field staff, many new sites of species in all components have been found since 1995.

**APPENDIX B — Summary of Species Evaluation by Taxa Specialists and Field Biologists and Botanists**

| Scientific Name | Common Name | Taxonomic Group |
|---|---|---|
| **Technically Feasible/Substantially Increased Risk** | | |
| *Bridgeoporus nobilissimus* | Noble polypore | FUNGI |
| *Hypogymnia duplicata* | rare leafy lichen | LICHEN |
| *Lobaria linita* | rare nitrogen-fixing lichen | LICHEN |
| *Pseudocyphellaria rainierensis* | rare nitrogen-fixing lichen | LICHEN |
| *Ptilidium californicum* | liverwort | BRYOPHYTE |
| *Oreohelix* n.sp. | Chelan mountain snail | MOLLUSK |
| *Hemphillia pantherina* | Panther jumping-slug | MOLLUSK |
| *Coptis trifolia* | Threeleaf goldthread | VASCULAR PLANT |
| *Cypripedium montanum* (west Cascades) | Mountain lady's slipper | VASCULAR PLANT |
| *Habenaria orbiculata* | Round-leaved orchid | VASCULAR PLANT |
| **Not Technically Feasible/Substantially Increased Risk** | | |
| *Tritomaria exectiformis* | liverwort | BRYOPHYTE |
| *Pristiloma arcticum crateris* | Crater Lake tightcoil | MOLLUSK |
| ***Technically Feasible/Not Substantially Increased Risk*** | | |
| *Ulota meglospora* | moss | BRYOPHYTE |
| *Cryptomastix devia* | Puget oregonian | MOLLUSK |
| *Cryptomastix hendersoni* | Columbia oregonian | MOLLUSK |
| *Helminthoglypta hertleini* | Oregon shoulderband | MOLLUSK |
| *Helminthoglypta talmadgei* | Klamath shoulderband | MOLLUSK |
| *Megomphix hemphilli* | Oregon Megomphix | MOLLUSK |
| *Monadenia chaceana* | Siskiyou sideband | MOLLUSK |
| *Monadenia churchi* | Church's sideband | MOLLUSK |
| *Monadenia fidelis minor* | Dallas sideband | MOLLUSK |
| *Monadenia troglodytes* | Shasta sideband | MOLLUSK |
| *Monadenia troglodytes wintu* | Wintu sideband | MOLLUSK |
| *Trilobopsis roperi* | Shasta chaparral | MOLLUSK |
| *Trilobopsis tehamana* | Tehama chaparral | MOLLUSK |
| *Vertigo* n.sp. | Hoko vertigo | MOLLUSK |
| *Hemphillia malonei* | Malone jumping-slug | MOLLUSK |
| *Fluminicola seminalis* | Nugget pebblesnail | MOLLUSK |

| | | |
|---|---|---|
| *Lyogyrus* n.sp. 2 | Masked duskysnail | MOLLUSK |
| *Vorticifex klamathensis sinitsini* | Sinitsin rams-horn | MOLLUSK |
| *Allotropa virgata* | Sugar stick | VASCULAR PLANT |
| *Aster vialis* | Wayside aster | VASCULAR PLANT |
| *Bensoniella oregana* | Bensoniella | VASCULAR PLANT |
| *Botrychium minganense* | Mingan moonwort | VASCULAR PLANT |
| *Botrychium montanum* | Mountain grape-fern | VASCULAR PLANT |
| *Clintonia andrewsiana* | Redwood beadlily | VASCULAR PLANT |
| *Coptis asplenifolia* | Spleenwort-leaved goldthread | VASCULAR PLANT |
| *Corydalis aquae-gelidae* | Cold-water corydalis | VASCULAR PLANT |
| *Cypripedium fasciculatum* (Klamath) | Clustered lady's slipper | VASCULAR PLANT |
| *Galium kamtschaticum* | Boreal bedstraw | VASCULAR PLANT |
| *Pedicularis howellii* | Howell's lousewort | VASCULAR PLANT |
| *Scoliopus biglovei* | Bigelow's adder's tongue | VASCULAR PLANT |

## Not Technically Feasible/Not Substantially Increased Risk

| | | |
|---|---|---|
| *Bondarzewia montana* | Bondarzew's polypore | FUNGI |
| *Aleuria rhenana* | Stalked orange peel fungus | FUNGI |
| *Otidea leporina* | Rabbit ears | FUNGI |
| *Otidea onotica* | Rabbit ears | FUNGI |
| *Otidea smithii* | Rabbit ears | FUNGI |
| *Polyozellus multiplex* | Blue/black chanterelle | FUNGI |
| *Sarcosoma mexicana* | Giant gel cup | FUNGI |
| *Diplophyllum plicatum* | liverwort | BRYOPHYTE |
| *Kurzia makinoana* | liverwort | BRYOPHYTE |
| *Marsupella emarginata* var. *aquatica* | liverwort | BRYOPHYTE |
| *Brotherella roellii* | moss | BRYOPHYTE |
| *Buxbaumia viridis* | moss | BRYOPHYTE |
| *Rhizomnium nudum* | moss | BRYOPHYTE |
| *Schistostega pennata* | moss | BRYOPHYTE |
| *Tetraphis geniculata* | moss | BRYOPHYTE |
| *Vespericola pressleyi* | Pressley heperian | MOLLUSK |
| *Vespericola shasta* | Shasta hespian | MOLLUSK |
| *Deroceras hesperium* | Evening fieldslug | MOLLUSK |
| *Hemphillia barringtoni* | Keeled jumping-slug | MOLLUSK |
| *Hemphillia glandulosa* | Warty jumping-slug | MOLLUSK |
| *Prophysaon coeuleum* | Blue-gray tail-dropper | MOLLUSK |
| *Prophysaon dubium* | Papillose tail-dropper | MOLLUSK |
| *Fluminicola* n.sp. 1 | Klamath pebblesnail | MOLLUSK |
| *Fluminicola* n.sp. 2 | Tall pebblesnail | MOLLUSK |
| *Fluminicola* n.sp. 3 | Klamath Rim pebblesnail | MOLLUSK |
| *Fluminicola* n.sp. 11 | Fredenburg pebblesnail | MOLLUSK |

| | | |
|---|---|---|
| *Fluminicola* n.sp. 14 | Potem pebblesnail | MOLLUSK |
| *Fluminicola* n.sp. 15 | Flat-top pebblesnail | MOLLUSK |
| *Fluminicola* n.sp. 16 | Shasta pebblesnail | MOLLUSK |
| *Fluminicola* n.sp. 17 | Disjunct pebblesnail | MOLLUSK |
| *Fluminicola* n.sp. 18 | Globular pebblesnail | MOLLUSK |
| *Fluminicola* n.sp. 19 | Umbilicate pebblesnail | MOLLUSK |
| *Fluminicola* n.sp. 20 | Lost Creek pebblesnail | MOLLUSK |
| *Juga (Oreobasis)* n. sp. 2 | Basalt juga | MOLLUSK |
| *Juga (Oreobasis)* n. sp. 3 | Cinnamon juga | MOLLUSK |
| *Lyogyrus* n.sp. 1 | Columbia duskysnail | MOLLUSK |
| *Lyogyrus* n.sp. 3 | Canary duskysnail | MOLLUSK |
| *Vorticifex* n.sp. 1 | Knobby rams-horn | MOLLUSK |