## APPENDIX C — DRAFT Summary of Increment of Risk to Species

*Initial Findings Pending Further Input and Review*

| scientific name | Substantially Increased Risk? yes | no | Comments |
|---|---|---|---|
| **TECHNICALLY FEASIBLE/ SUBSTANTIALLY INCREASED RISK** | | | |
| Bridgeoporus nobilissimus | X | | Known from only seven sites |
| Hypogymnia duplicata | X | | Appears to be rare; most sites in northwestern WA. Only 4 of the 18 known sites are in OR. Very infrequently found despite many surveys (7/1375 plots, though plots not necessarily in appropriate habitat for this species). |
| Lobaria linita | X | | Limited distribution, restricted habitat particularly from the Gifford Pinchot NF and south into northern CA. Of 40 known sites, most are in northwestern WA. Despite surveys for the species, new sites have been found (0/1375 plots, though plots not necessarily in appropriate habitat for this species). |
| Pseudocyphellaria rainierensis | X | | Restricted, patchy distribution. It is now considered rare, but has recently had a southern range extension. With little known sexually reproductive populations, there is concern about the possibility of losing additional sexually reproductive populations. It has a strong affiliation with old growth. |
| Ptilidium californicum | X | | Only one known site |
| Oreohelix n.sp. | X | | Most known sites were destroyed by Tyee fire |
| Hemphillia pantherina | X | | Only one known site, other populations would be necessary to ensure viability |
| Coptis trifolia | X | | Rare, narrow, hydrologically-dependent habitat zone |
| Cypripedium montanum (west Cascades) | X | | Only four known sites, consisting of less than ten plants<br>Is not on the FS's sensitive species list although does receive some inventory as a BLM special status species |
| Habenaria orbiculata | X | | Occurs in many areas slated for salvage sale and commercial thinning |

| | | | |
|---|---|---|---|
| NOT TECHNICALLY FEASIBLE/SUBSTANTIALLY INCREASED RISK | | | |
| Tritomaria exectiformis | X | | Based on expected timber harvest on Deschutes National Forest, fuel and forest health treatments |
| Pristiloma arcticum crateris | X | | Only two known sites |
| TECHNICALLY FEASIBLE/ NOT SUBSTANTIALLY INCREASED RISK | | | |
| Ulota meglospora | | X | Broad distribution, no problem delaying for one year |
| Cryptomastix devia | | X | populations found in both 50-60 year old and old-growth stands |
| Cryptomastix hendersoni | | X | It's not an old-growth forest related species, grazing has more potential impact than logging, road construction has potential for adverse impacts |
| Helminthoglypta hertleini | | X | Not unless there is road construction through habitat or rock removed from quarry areas |
| Helminthoglypta talmadgei | | X | Riparian reserves offer some protection |
| Megomphix hemphilli | | X | Much habitat in riparian reserves |
| Monadenia chaceana | | X | Habitat generalist |
| Monadenia churchi | | X | Not unless there will be disturbance of rock or road construction |
| Monadenia fidelis minor | | X | Not unless there will be road construction or grazing |
| Monadenia troglodytes | | X | Not unless there will be disturbance of rock or road construction |
| Monadenia troglodytes wintu | | X | Not unless there will be disturbance of rock or road construction |
| Trilobopsis roperi | | X | Not unless there will be disturbance of rock or road construction<br>Large scale prescribed burning could have adverse impact |
| Trilobopsis tehamana | | X | Not unless there will be disturbance of rock or road construction<br>Large scale prescribed burning could have adverse impact |
| Vertigo n.sp. | | X | |
| Hemphillia malonei | | X | Well distributed, few activities in known range |
| Fluminicola seminalis | | X | Riparian reserves and ACS should reduce risks |
| Lyogyrus n.sp. 2 | | X | Riparian reserves and ACS should reduce risks |

| | | | |
|---|---|---|---|
| Vorticifex klamathensis sinitsini | | X | Riparian Reserves and ACS would reduce risks to acceptable levels. Habitat in large streams and rivers. |
| Allotropa virgata | | X | Sensitive species surveys will pick up known sites on most administrative units<br>Currently not on state sensitive species list, hence no state concerns<br>Non-regeneration harvest may not impact populations |
| Aster vialis | | X | Many FY99 sales have already been surveyed<br>Species is currently surveyed for under BLM's special status plant program<br>Umpqua National Forest may have some habitat, may need to be added to Regional Forester's (sensitive species?) list |
| Bensoniella oregana | | X | Would receive some protection from ACS and presence in riparian reserves<br>Species would receive surveys due to presence on sensitive species list for R-5, R-6 and BLM special status species list for OR |
| Botrychium minganense | | X | Abundant in WA<br>In OR and south, most known sites are in LSRs or congressionally withdrawn areas<br>Occurs in riparian reserves and wet meadows which receive protection<br>Receives some inventory from being on the FS's sensitive plant list and BLM's special status plant list |
| Botrychium montanum | | X | Many sites may be protected under other land use allocations such as riparian reserves<br>In OR it is listed on the BLM and R-6 sensitive species lists<br>No protection in WA under special status or sensitive plant program |
| Clintonia andrewsiana | | X | Found in a land base with very little management of an intensive nature |
| Coptis asplenifolia | | X | Present on FS R-6 list as sensitive, not suspected on BLM lands |
| Corydalis aquae-gelidae | | X | Usually protected by riparian reserves, will be surveyed for as a sensitive species in both OR and WA |
| Cypripedium fasciculatum (Klamath) | | X | One year delay will not jeopardize viability<br>BLM and OR/WA FS survey for this species with their sensitive plant surveys. CA plans to add it to their list next year. |

| | | | |
|---|---|---|---|
| Galium kamtschaticum | | X | Receives some inventory from being on the FS's sensitive species and BLM's special status species lists, viability is not a concern on Mt. Baker-Snoqualmie National Forest (MBSNF)<br>May be at risk from riparian enhancement projects outside of the MBSNF, however, few projects are expected to occur in its habitat |
| Pedicularis howellii | | X | Most occurrences are within relatively restrictive land allocations (LSR, wilderness). ACS affords some protection |
| Scoliopus biglovei | | X | Found in a land base with very little management of an intensive nature |
| **NOT TECHNICALLY FEASIBLE/NOT SUBSTANTIALLY INCREASED RISK** | | | |
| Bondarzewia montana | | X | Little increase in risk from one year delay<br>Depends on how much of timber harvest occurs in old growth fragments in LSR and matrix, and on how the current level of habitat fragmentation will affect the species demographics |
| Aleuria rhenana | | X | Little increase in risk with a single year delay<br>Depends on whether species is dependent on late-seral habitat, how much of timber harvest occurs in old growth fragments in LSR and matrix, and on how the current level of habitat fragmentation will affect the species demographics |
| Otidea leporina | | X | Little impact from a one year delay<br>Depends on whether or not the species is dependent on late-seral habitat, how much of timber harvest occurs in old growth fragments in LSR and matrix, and on how the current level of habitat fragmentation will affect the species demographics |
| Otidea onotica | | X | Little risk from one year delay<br>Depends on whether or not the species is dependent on late-seral habitat, how much of timber harvest occurs in old growth fragments in LSR and matrix, and on how the current level of habitat fragmentation will affect the species demographics |

| | | | |
|---|---|---|---|
| Otidea smithii | | X | May increase risk because there are few known sites, BUT may be appropriate to drop survey requirement due to annual variability necessitating multi-year surveys Depends on whether or not the species is dependent on late-seral habitat, how much of timber harvest occurs in old growth fragments in LSR and matrix, and on how the current level of habitat fragmentation will affect the species demographics |
| Polyozellus multiplex | | X | Species is widespread and risk is unlikely to increase Depends on whether or not the species is dependent on late-seral habitat, how much of timber harvest occurs in old growth fragments in LSR and matrix, and on how the current level of habitat fragmentation will affect the species demographics |
| Sarcosoma mexicana | | X | Species is well-distributed, delay won't increase risk to species |
| Diplophyllum plicatum | | X | overlap with marbled murrelet range will provide protection during one year delay |
| Kurzia makinoana | | X | range overlaps with marbled murrelets which will provide some protection during a one year delay |
| Marsupella emarginata var. aquatica | | X | Riparian reserves and ACS afford protection, species always found in water, existing known site is protected |
| Brotherella roellii | | X | Due to many new locations including a broadening of habitat to large alder trees, it is expected to be more common than originally thought thus not adversely impacted by an additional year of activities without survey. |
| Buxbaumia viridis | | X | It is likely that the coarse woody debris left in LSRs will contribute to protection of this species, thus, one more year without survey is not expected to substantially increase the risk to the species. |
| Rhizomnium nudum | | X | Well distributed in northern portion of range (30 sites in northwestern WA, 2 in OR and 1 in CA In OR and CA it is in coastal locations where it should be protected by LSRs and protections for marbled murrelet. |
| Schistostega pennata | | X | risk is acceptable/minimal due to existing LSRs, low number of actions in old-growth, and receives some protection through National Cave Protection Act |
| Tetraphis geniculata | | X | Some loss of populations, but should be O.K. within existing LSRs due to association with large coarse woody debris |

| | | | |
|---|---|---|---|
| Vespericola pressleyi | | X | Strong riparian association, large scale prescribed burning could have some impact |
| Vespericola shasta | | X | Strong riparian association, large scale prescribed burning could have some effect |
| Deroceras hesperium | | X | |
| Hemphillia barringtoni | | X | Much of range already modified, some sites in LSRs and national park |
| Hemphillia glandulosa | | X | Some sites in national park |
| Prophysaon coeruleum | | X | |
| Prophysaon dubium | | X | Wide distribution, though rare, single year shouldn't affect a significant number of sites given their wide distribution and the number of new sites found since the ROD--probably more than doubled the known sites |
| Fluminicola n.sp. 1 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 2 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 3 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 11 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 14 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 15 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 16 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 17 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 18 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 19 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Fluminicola n.sp. 20 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |
| Juga (Oreobasis) n. sp. 2 | | X | Riparian reserves and ACS likely to reduce risks |
| Juga (Oreobasis) n. sp. 3 | | X | Riparian reserves and ACS likely to reduce risks |
| Lyogyrus n.sp. 1 | | X | Riparian reserves and ACS likely to reduce risks |
| Lyogyrus n.sp. 3 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |

| | | | |
|---|---|---|---|
| Vorticifex n.sp. 1 | | X | Riparian reserves and ACS likely to reduce risks to an acceptable level |

## APPENDIX D — Questionnaire to Taxa Specialists and Field Biologists and Botanists

Date: ______________ Species Name: ______________________

Taxonomic Group: ______________________

Participants: ______________________________________

______________________________________

### ANALYSIS OF SPECIES FOR PROPOSED CHANGE IN SURVEY SCHEDULE

The object of this analysis is to identify which of the Component 2 Survey and Manage species (C-4, Table C-3) and the Protection Buffer species (C-19 - C-20 and C-26 -C-28) may be appropriate to propose for a schedule change. Some of the questions will also seek to identify species which should receive further analysis for a possible move to a different survey strategy or to drop from the list.

For each species, please provide answers to the following questions, providing additional information or rationale if the "yes" or "no" answer is not as complete as you believe necessary. Use the additional information sheets provided.

1. A.) Is there an officially transmitted* protocol available to use to survey for this species in preparation for ground disturbing activities implemented in FY 1999? ____Yes ____No

   * An "officially transmitted" protocol is one sent by the REO under a transmittal letter signed by FS and BLM executives. Officially transmitted protocols are intended for field use under Survey Strategy 2 (Component 2) for projects, and for field testing and comment to provide basis for protocol review and possible revision. The transmittal letters instructed that deviation from the protocol is allowed if the rationale is documented.

   B.) Is there a commonly used, professionally accepted, method available to use to survey for this species for FY 99 projects? ____Yes ____No

   C.) Is there a protocol which has not been officially transmitted but is available to use to survey for this species for FY 99 projects, (for example, a draft protocol distributed at training session)? ____Yes ____No

2. A.) Is there a taxonomic description available for identification of this species <u>in the field</u>? ____Yes ____No

B.) Do the agencies have sufficient personnel (employees or contractors) who can reliably identify this species in the field in time to prepare for FY 99 projects? ____Yes ____No

3. A.) Is this species' habitat known well enough to target surveys so that there is a high likelihood of finding the species? ____Yes ____No

B.) Is this species' range known well enough to target surveys so that there is a high likelihood of finding the species? ____Yes ____No

C.) Is the species' life history such that finding the species' location may take several or many years, thus not be feasible to do for FY99 projects? ____Yes ____No

Does a "No" answer to 3 A, B, or C suggest that it may be appropriate to further analyze the species, perhaps to move the species' Survey Strategy from Component 2 to Component 3 or 4 in order to acquire information through extensive or general regional surveys to better specify the species' habitat and/or range? ____Yes ____No

4. Given what we know and don't know about this species and its habitat, consider the risk to this species of an additional year of management projects like those conducted in FY 1997 or 1998. Do you believe that there would be a substantially increased risk to the species if the schedule requiring surveys before ground-disturbing projects were changed from FY 1999 projects to FY 2000 projects?

If you perceive a substantial risk, please describe the nature and extent of the risk to the species and the factors that you considered. If you do not foresee a substantial risk, please indicate what factors support your judgement.

5. A. Does known information and survey results so far indicate that the species is likely to be much more common or more secure than previously thought? ____Yes ____No

B. If "Yes", do you believe it would be appropriate to explore:

____moving the species to a different survey strategy;
____changing the management recommendations;
____preparing a conservation strategy in lieu of management recommendations; and/or
____dropping the survey and manage mitigation requirement for this species?

Thank you.

## APPENDIX E — Taxa Specialists and Field Biologists and Botanists

**Mollusks**

| | |
|---|---|
| Joseph Furnish | Wildlife Biologist, USFS Region 5 |
| Roger Monthey | Wildlife Biologist, BLM Salem District |
| Paul Jeske | Natural Resource Specialist, BLM Salem District |
| Tom Burke | Wildlife Biologist, USFS, Wenatchee NF |
| Dave Kennedy | Wildlife Biologist, USFS, Mt. Hood NF |

**Bryophytes**

| | |
|---|---|
| Nancy Fredricks | Botanist, Gifford Pinchot NF |
| Robin Lesher | Ecologist, Mt. Baker-Snoqualmie NF |
| Judy Harpel | Regional Bryologist-Lichenologist, Gifford Pinchot NF |
| John Davis | Fish and Wildlife Biologist, US FWS, Oregon State Office |

**Lichens**

| | |
|---|---|
| Linda Geiser | Botanist, Siuslaw NF |
| Chiska Derr | Botanist, USFS Mt. St. Helens National Monument |

**Fungi**

| | |
|---|---|
| Thomas O'Dell | Regional Mycologist, USFS Pacific Northwest Research Station, Corvallis |

**Vascular Plants**

| | |
|---|---|
| Nancy Wogen | Ecologist, BLM Eugene District |
| Joan Seevers | Botanist, BLM Medford District |
| Lisa Hoover | Botanist, Six Rivers NF |
| Laura Potash | Botanist,Mt. Baker-Snoqualmie NF |
| Sally Claggett | Botanist, Gifford Pinchot NF |

**Core Group Members conducting Supplemental Analysis**

| | |
|---|---|
| Robin Bown | Wildlife Biologist, USFWS, Oregon State Office |
| Sarah Madsen | Wildlife Biologist, USFS Region 6 |
| Cheryl McCaffrey | Botanist, BLM Oregon State Office |
| Jay Watson | Environmental Specialist, Regional Ecosystem Office (USFWS) |