United States Department of Agriculture

Forest Service

## FAX TRANSMITTAL COVER SHEET

DATE: 8/18/98

TIME: 2:10 pm

TO: Mike Tripp/Brenda Woodard - UMP

FAX NO.: Herb Wick - WIL

TELEPHONE NO.: Fred Dorn - GIP

TOTAL NO. PAGES: 14
(Including Transmittal Sheet)

FROM:

ONRC Action v. USFS

U.S. FOREST SERVICE
PACIFIC NORTHWEST REGION
PLANNING & ENVIRONMENTAL AFFAIRS

SUSAN M. ZIKE
ATTORNEY
FOIA & LITIGATION

TELEPHONE NO.:

ROBERT DUNCAN PLAZA
333 SW FIRST AVENUE
PORTLAND, OR 97208-3623

P.O. BOX 3623
TEL: (503) 808-2257
FAX: (503) 808-2255

MESSAGE:

Attached is draft DOJ ltr to plaintiff's atty. Note last sentence of 1st ¶ on 2nd page. Are you willing to ~~[illegible]~~ notify the bidders before you open bids? [redacted] WIL [redacted]. Need to hear from GIP. There is no reason -YET- to plan on delaying award of the USFS sales. We'll know more after the 8/17 meeting between DOJ & ONRC attys.

If you do not receive all pages, please call back as soon as possible

Let me know - FRED! 503-808-2257

Sue

PS OGC memo is attached that DOJ based its sentence on. RO-NR sent this out late last week.

PLAINTIFF'S EXHIBIT 35A
1-4-07 Zike

SCOTTII00025

U.S. Department of Justice

Environment and Natural Resources Division

EAB
90-1-4-09179
General Litigation Section
P.O. Box 663
Washington, DC 20044-0663

Telephone (202) 305-0504
Facsimile (202) 305-0506

Draft

July 31, 1998

Michael Axline
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401

Via Fax: 541-485-2457

Re: ONRC v. Forest Service, Civ. No. C98-942WD

Dear Michael:

This is in response to your letters of July 27 and 28, 1998, which identified 32 timber sales that your clients believe do not comply with the Northwest Forest Plan and are scheduled for auction before a settlement meeting can be arranged. There appears to be a significant discrepancy between the timber sale information that you provided and the agency information. In the interest of settlement, and subject to Rule 408 of the Federal Rules of Evidence, we are providing the following information. Further, we propose a meeting during the week of August 17, 1998 to discuss your complaint, your concerns regarding these timber sales and your clients' settlement proposal.

Of the seven BLM timber sales identified, it appears that three BLM timber sales have been auctioned but not yet awarded. (See timber sale list attached) Two of these sales, North Murphy and West Botkin, have been appealed and the award withheld pending resolution of the appeal. There was no appeal of Slippery Moose and the award is pending. The four remaining timber sales will not reach an auction date until after the week of August 17, allowing time to reconsider that auction in light of a meeting. We have no information indicating that your clients have appealed any of these BLM timber sales. Nevertheless, in the interest of facilitating settlement discussions, the BLM is prepared to postpone the award of the identified timber sales through the week of August 17, 1998. Further, BLM will notify bidders on the three timber sales scheduled for auction in August that these timber sales have been identified in connection with this lawsuit.

Of the 25 Forest Service timber sales identified, three are scheduled for auction in late August and only Lois is scheduled for auction during the week of August 17. However, timber sales

that you refer to as "L. Horse Peak" and "Yaka Guard" may refer to sales that have been auctioned or awarded. The remaining sales should not interfere with a meeting during the week of August 17 either because no final decision has been made, any advertisement or auction would occur later, or the Forest Service has no plans to offer the timber for sale. In the interest of facilitating settlement discussions, the Forest Service is prepared to notify bidders on the three timber sales scheduled for auction in August that these timber sales have been identified in connection with this lawsuit.

Please confirm that we have identified the relevant timber sales and an appropriate week for settlement discussions. In order for us to have a productive meeting, we request that you provide us with a settlement offer by August 10, 1998. This will allow the Forest Service and BLM sufficient time to provide a carefully considered response.

Sincerely,

Edward A. Boling
John Watts
Trial Attorneys

cc: Owen Schmidt
Roger Nesbit

pre-rod sales

**Bureau of Land Management**

| Sale | District | Status |
|---|---|---|
| Deer Mom | Medford | In 15 day protest period beginning with advertisement on 7/29/98. If no protest, auction on 8/27/98. |
| Bummer Swamp 1 | Salem | In 15 day protest period beginning with advertisement on 7/31/98. If no protest, auction on 8/26/98. |
| Jones 25 | Coos Bay | Advertisement on 8/6/98 will begin 15 day protest period. If no protest, auction on 8/28/98. |
| Remote Control | Coos Bay | Advertisement on 8/6/98 will begin 15 day protest period. If no protest, auction on 8/28/98. |
| North Murphy | Medford | Sold, award withheld pending resolution of IBLA appeal. |
| Slippery Moose | Salem | Sold 7/29/98, award pending. |
| West Botkin | Salem | Sold 7/29/98, award withheld pending resolution of IBLA appeal. |

**Forest Service**

| Sale | Forest | Status |
|---|---|---|
| Lois Timber Sale | Willamette | Auction scheduled for 8/19/98, award 30 to 60 days after auction. |
| Lost Creek Thin | Umpqua | Auction scheduled for 8/26/98, award 5 days after auction. |
| Heli-Tower | G.Pinchot | Advertised 7/31/98 for auction 8/31/98. |
| Little River Demo | Umpqua | In NMFS consultation, ~~no decision~~ or advertisement date. |
| Jefferson Heli | Klamath | In NEPA review, no decision has been made. |
| Upper South Fork Salmon | Klamath | Advertisement 9/7/98 for auction 10/7/98 and award up to 30 days after auction. |
| Collins Hazard | Klamath | Decision due on 9/10/98, advertise on 9/14/98 for auction 9/29/98 and award up to 30 days after auction. |
| Jolt Heli Salvage | Klamath | Decision due on 9/10/98, advertise on 9/14/98 for auction 9/29/98 and award up to 30 days after auction. |
| Jack Heli | Klamath | In appeal period. If no appeal by ?/?/98, advertise on 8/25/98 for auction on 9/22/98 and award up to |

| | | |
|---|---|---|
| | | 30 days after auction. |
| Little Horse Research | Klamath | Awarded 6/15/98. |
| Blue Canyon YG Thin | Klamath | Advertisement planned for 2/99, auction 3/99, award 4/99. |
| Bars | Mt. Hood | 3/13/98 decision, appeal denied ?/?/98? No advertisement date. |
| Batwing | Mt. Hood | 3/13/98 decision, appeal denied ?/?/98? No advertisement date. |
| Bear Cub | Mt. Hood | 3/16/98 decision, appeal denied ?/?/98? No advertisement date. |
| Burnt Granite | Mt. Hood | 7/29/93 decision, no plans to advertise. |
| Misc. Salvage | Mt. Hood | No such sale. This has been removed from 6 month list. |
| Bonanza II | Mt. Hood | 5/24/93 decision, no plans to advertise. |
| Break | Mt. Hood | 12/23/93 decision, no plans to advertise. |
| Mt. Defiance | Mt. Hood | 7/20/98 decision, still in appeal period. No advertisement date. |
| Ringo | Mt. Hood | 6/27/96 decision. No advertisement date. |
| Solo | Mt. Hood | In NEPA comment period, no decision has been made. |
| Tarzan | Mt. Hood | In NEPA comment period, no decision has been made. |
| Abbott Salmon | Mt. Hood | No such timber sale. Plaintiffs may mean Abbott Road or Salmon Curves: |
| Abbott Road | Mt. Hood | Advertised 7/27/98 for auction 9/11/98. |
| Salmon Curves | Mt. Hood | No advertisement date. |
| Yaka Guard | Mt. Hood | No such timber sale. Plaintiffs may mean Yaka or Yaka 22/23: |
| Yaka | Mt. Hood | Awarded 5/15/98. |
| Yaka 22/23 | Mt. Hood | Auctioned 7/17/98, award pending. |
| Cowpoke | Mt. Hood | No advertisement date. |

USDA

United States Department of Agriculture
Office of the General Counsel
Pacific Region
San Francisco Office

33 New Montgomery, 17th Floor
San Francisco, CA 94105-4511
415-744-3162; FAX 415-744-3170
Internet: robert.simmons@usda.gov

July 29, 1998

SENT VIA FAX ONLY

TO: G. Lynn Sprague (415) 705-1109
Regional Forester
Pacific Southwest Region

Robert W. Williams (503) 808-2210
Regional Forester
Pacific Northwest Region

FROM: Robert M. Simmons
Regional Attorney

SUBJECT: *Oregon Natural Resources Coalition v. Forest Service*
Civil No. C98-942WD

Attached is a copy of two notices we have received from the Western Environmental Law Center. The notices identify sales on the Klamath and Mt. Hood NFs that are sales of concern to the plaintiffs in terms of their belief that the forests have not complied with the Northwest Forest Plan in preparing those sales. As I understand it, plaintiffs contend that the Forest Service has not complied with the survey and manage requirement of the Northwest Forest Plan.

The Department of Justice has asked several questions regarding these sales. The questions are: (1) what is the decision status of the sales; (2) what surveys and NEPA work has been done on the sales: (3) what is the agency response with regard to these sales, and are there any special factors (salvage) that need to be considered in regard to these sales; and (4) did any of the 13 plaintiffs in the lawsuit participate in the NEPA process for these sales or in an administrative appeal of these sales. For the initial list of five sales, DOJ asked for the information by Thursday, July 30. We have a conference call with DOJ scheduled for tomorrow, and hope to get a revised date for all of these sales at that time. However, you should start to prepare the answers, as I am sure DOJ will want the information by early next week at the latest.

Should you proceed with the auction of these sales, you should notify all purchasers prior to the opening of the bids that the plaintiffs in this lawsuit have identified the sale and have contended that the Forest Service has violated the Northwest Forest Plan in preparing the sale. You should also notify the bidders that you will be including language in the contract limiting the government's liability in case of cancellation to the holding costs, and that, if this is not acceptable to the bidders, they should withdraw their bid at that time. All bidders should be given the opportunity to withdraw their bid simply because of the litigation. Finally, you should take action to make sure that the appropriate language is in the contract.

As indicated in the new case memo from Kathryn Toffenetti, Owen Schmidt is the lead attorney for OGC. Owen has been working with Sue Zike with regard to the sales in Region 6. To facilitate communication with OGC and with DOJ, and help assure a consistent approach to the litigation, it would be helpful if there were a single point of contact for the Forest Service for activities in both regions. Please let me know if this approach is acceptable. If it isn't, please designate a contact for Region 5.

cc: Mike Lee, Klamath National Forest (530) 842-6327
Roberta Moltzen, Mt. Hood National Forest (503) 668-1423
Owen Schmidt (503) 326-3807
Kathryn Toffenetti (202) 690-2730
Sue Zike (503) 808-2255

*UNITED STATES DEPARTMENT OF JUSTICE*
*ENVIRONMENT and NATURAL RESOURCES DIVISION*
*GENERAL LITIGATION SECTION*

U.S POSTAL MAILING ADDRESS
P. O. Box 663
Washington, D.C. 20044-0663

FED EX/HAND DELIVERIES
601 Pennsylvania Ave., N. W.
Suite 854
Washington, D.C. 20004

IMPORTANT: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If you have received this transmission in error, please notify us by telephone.

FAX NO. (202) 305-0506 OR (202) 305-0267
VOICE NO. (202) 305-0504

DATE: 7/28, 1998

| TO: | FAX NO. |
| --- | --- |
| Mike Gippert | 690-2730 |
| Sue Zike | 503-808-2255 |
| Owen Schmidt | 503-326-3807 |
| Karen Mouritsen | 219-1792 |

FROM: [illegible]

NUMBER OF PAGES SENT (INCLUDING COVER PAGE): 3

SPECIAL INSTRUCTIONS: More timber sales – same info needs

JUL-29-1998 06:52

SCOTTII00032

# Western Environmental Law Center

DEFENDING THE WEST

Northwest Office
1216 Lincoln Street
Eugene, OR 97401
541/485-2471
541/485-2457 (Fax)
westernlaw@igc.org

Executive Director
Michael Axline*

Attorneys
John E. Bonine*
Marianne Dugan*
Elizabeth Mitchell*
Cittie Stilwell*
Charles Tebbutt*†
* admitted in Oregon
† admitted in New York
** admitted in Colorado

Scientist
Michael Wach*

Development Director
Deborah [illegible], J.D.

Office Manager
Kathy [illegible]

Development Assistant
Kari [illegible]

Legal Assistant
Rachel [illegible]

Administrative Assistant
Marilyn Kemp

Southwest Office
P.O. Box 1507
Taos, NM 87571
505/751-0351
505/751-1775 (Fax)
[illegible]@laplaza.org

Director SW Office
Grove Burnett

Attorneys
David Gorman
Vickie L. [illegible]
admitted in New Mexico
admitted in Texas

Office Manager
Linda Velarde

Legal Assistant
Linda Gorman

July 28, 1998

Ted Boling
United States Department of Justice
Environment and Natural Resources Division
General Litigation Section
Washington, D.C. 20044-0663

Via FAX (202) 305-3609

Re: ONRC v. Forest Service, Civ. No. C98-942WD

Dear Ted:

Plaintiffs have continued working to determine the auction dates of sales that have problems with Northwest Forest Plan compliance.

In addition to the list I sent you yesterday, we now know that the following problem sales are scheduled to be auctioned before a settlement meeting can be arranged:

| Sale | Forest or BLM District | Auction date |
|---|---|---|
| Jones 25 | Coos Bay BLM | 7/31/98 |
| Remote Control | Coos Bay BLM | 8/28/98 |
| North Murphy | Medford BLM | any day |
| Little River Demo | Umpqua NF | any day |
| Slippery Moose | Salem BLM | 7/29/98 |
| West Boffin | Salem BLM | 7/29/98 |
| Jefferson TS | Klamath NF | 9/01/98 |
| Upper South Fork | Klamath NF | 8/01/98 |
| Collins Hazard | Klamath NF | 8/01/98 |
| Jolt Heli | Klamath NF | 8/01/98 |
| Jack TS | Klamath NF | 8/30/98 |
| L. Horse Peak | Klamath NF | pending |
| Blue Canyon | Klamath NF | pending |
| Barn | Mt. Hood NF | August 98 |
| Banking | Mt. Hood NF | August 98 |
| Bear Cub | Mt. Hood NF | August 98 |
| Burnt Granite | Mt. Hood NF | August 98 |

unbleached · 100% postconsumer waste · soy ink

07/28/98 TUE 15:28 FAX

Ted Bolling
July 28, 1998
Page 2

| Sale | Forest or BLM District | Auction date |
|---|---|---|
| Misc. Salvage | Mt. Hood NF | August 98 |
| Bonanza II | Mt. Hood NF | August 98 |
| Break | Mt. Hood NF | August 98 |
| Mt. Defiance | Mt. Hood NF | September 98 |
| Ringo | Mt. Hood NF | 8/04/98 |
| Solo | Mt. Hood NF | August 98 |
| Tarzan | Mt. Hood NF | August 98 |
| Abbott Salmon | Mt. Hood NF | 9/1/98 |
| Yaka Guard | Mt. Hood NF | August 98 |
| Cowpoke | Mt. Hood NF | August 98 |

As with the previous list I sent you, this information is being provided subject to the provisions of Federal Rule of Evidence 408. Although there may be a few additional sales, I believe the list is now relatively complete.

Sincerely,

Michael Axline
Counsel for Plaintiffs

TOTAL P.04

SCOTTII00034

26

U.S. DEPARTMENT OF AGRICULTURE
OFFICE OF THE GENERAL COUNSEL
NATURAL RESOURCES DIVISION

*Providing and coordinating legal services to the Department of Agriculture, Forest Service, and Natural Resources Conservation Service*

1400 Independence Avenue, SW - Room 4625
Washington, D.C. 20250-1412

July 28, 1998

KATHRYN TOFFENETTI

(202) 720-2651
FAX: (202) 690-2730

Subject: ONRC Action

To

Owen Schmidt

Bob Simmons

Al Ferlo

Susan Yonts-Shepard

cc: Gippert, Mulach

MESSAGE:

Attached is the expected letter from Michael Axline to Ted Boling. Note that there are only 5 sales listed - so far.

There is no explanation stating the connection of the sales to the lawsuit (i.e., no statement of what allegations in the suit apply to any of the sales).

Please note the information that Ted Boling wants by COB Thursday at the latest. In addition to the information Ted asks for, we should find out whether any of the plaintiffs administratively appealed any of these sales.

IMPORTANT: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Department of Justice
Environment and Natural Resources Division
General Litigation
601 Pa. Ave., NW
Washington, DC 20004

Fax No.
Voice No.

**SENT BY:** Ted Boling

**TO:** USDA- Mike Gippert

DOI - Karen Mouritsen

**FAX No.** 690-2730, 219-1792

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 3

**SPECIAL INSTRUCTIONS:** Arline's timber sales (5) - Please let us know ASAP (no later than COB Thursday) at least: 1) decision status of the sales (offered, bids opened, etc.), 2) what surveys and NEPA documentation has been done for the sale decision, and 3) agency response.

# Western Environmental Law Center

DEFENDING THE WEST

Northwest Office
1216 Lincoln Street
Eugene, OR 97401
541/485-2471
541/485-2457 (fax)
westernlaw@igc.org

Executive Director
Michael Axline*

Attorneys
John E. Bonine*
Marianne Dugan*
Elizabeth Mitchell*
Carrie Skibo*
Charles Tebbutt*
* admitted in Oregon
† admitted in New York
• admitted in Colorado

Scientist
Michael Wuest*

Development Director
Deborah Fleischer, J.D.

Office Manager
Kathy Camren

Development Assistant
Kai Kytola

Legal Assistant
Rachel Thimmesch

Administrative Assistant
Marilyn Kamp

Southwest Office
P.O. Box 1507
Taos, NM 87571
505/751-0351
505/751-1775 (fax)
taoslaw@laplaza.org

Director SW Office
Grove Burnett

Attorneys
David Garcia
Vickie L. Patton
† admitted in New Mexico
‡ admitted in Texas

Office Manager
Linda Velarde

Legal Assistant
Linda Garner

7/27/98

Ted Boling
United States Department of Justice
Environment and Natural Resources Division
General Litigation Section
Washington, D.C. 20044-0663

Via FAX (202) 305-9609

Re: ONRC v. Forest Service, Civ. No. C98-942WD

Dear Ted:

At your request and pursuant to the July 16, 1998, order of the Court, I am sending the following list of sales scheduled to be auctioned before the end of August that plaintiffs believe were not prepared in compliance with the terms of the Northwest Forest Plan. This information is being provided subject to the provisions of Federal Rule of Evidence 408.

| Sale | Forest or BLM District | Auction date |
|---|---|---|
| Lois Timber Sale | Willamette N. F. | August 19, 1998 |
| Lost Creek Thin | Umpqua N. F. | August 26, 1998 |
| Dear Mom | Medford District | August 27, 1998 |
| Bummer Swamp 1 | Salem BLM | August 26, 1998 |
| Hab-Tower | Gifford Pinchot N.F. | Late August |

Please note that this is merely a preliminary list of sales scheduled for auction before a meeting can be arranged to discuss settlement.

Postponement of these sales, at least until a settlement meeting can be scheduled, would be necessary to avoid a request by plaintiffs for injunctive relief. Additionally, we do not have complete information about auction dates, and may have to add to this list if we discover that other sales of concern are to be auctioned before we can meet to discuss settlement.

Please call as soon as you have reviewed this list, so that we can determine whether agreement on an interim arrangement is possible.

Sincerely,

Michael Axline
Counsel for Plaintiffs