08/27/98 THU 15:33 FAX 202 305 0506 DOJ ENRD Gen Lit 8th Fl 001

DEPARTMENT OF JUSTICE
Environment & Natural Resources Division

**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** 202-305-0506

**SENT BY:** Ted Boling (202-305-9609)

**TO:** Sue Zike

**FAX No.** 503-808-2255

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):**

**SPECIAL INSTRUCTIONS:**

Michael Axline's complete letter. Please let me know if you can join us 8/28 at 1:00 p.m to discuss the letter in light of the upcoming due dates for our report on settlement potential to Judge Dwyer (9/8) and answer (9/14).

Also, the letter that you requested.

– Have you heard [illegible] anything on Panthers?

PLAINTIFF'S EXHIBIT
35B
1-4-07 Zike

PT0039

# Western Environmental Law Center

DEFENDING THE WEST

Northwest Office
1216 Lincoln Street
Eugene, OR 97401
541/485-2471
541/485-2457 (fax)
westernlaw@igc.org

Executive Director
Michael Axline*

Attorneys
John E. Bonine*
Marianne Dugan*
Elizabeth Mitchell*-
Carrie Stilwell*
Charles Tebbutt*†
* admitted in Oregon
† admitted in New York
- admitted in Colorado

Scientist
Michael Wach*

Development Director
Deborah Mailander, J.D.

Office Manager
Kathy Cannon

Development Assistant
Kari Kytola

Legal Assistant
Rachel Thiesmeyer

Administrative Assistant
Marilyn Kemp

Southwest Office
P.O. Box 1507
Taos, NM 87571
505/751-0351
505/751-1775 (fax)
taoslaw@laplaza.org

Director SW Office
Grove Burnett‡

Attorneys
David Gomez‡
Vickie L. Minor‡**
‡ admitted in New Mexico
** admitted in Texas

Office Manager
Linda Velarde

Legal Assistant
Linda Gomez

August 26, 1998

Privileged and Confidential

Edward A. Boling
John Watts
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, DC 20044-0663
AND VIA FAX to (202) 305-0506

Dear Ted and John:

This letter is in response to your letter of August 21 and our subsequent conversations regarding the list of sales and identification of our concerns regarding compliance with the ROD. As with my previous letters to you, this letter is subject to the provisions of Federal Rule of Evidence 408.

We attach a list of sales that we believe fail to comply with the Northwest Forest Plan, and which would need to be withheld from award pending our negotiations. The list is broken into four categories:

1) Sales which were not sold when we filed our complaint, with auction dates during calendar year 1998 (this does not include any sales which the plaintiffs did not appeal). This is a total of 96 sales.

2) Sales with proposed auction dates during calendar year 1998, but which we are not <u>certain</u> have or have not yet been sold. This is a total of 12 sales.

3) Sales with unknown auction dates. If these turn out to have auction dates in calendar year 1999, no immediate agreement would be necessary, since we should know before then whether a more permanent agreement is possible, and they would be subject to that agreement. This is a total of 177 sales.

4) Sales on the Gifford Pinchot National Forest for

which post-sale salamander surveys were promised, but not performed or not performed to protocols. This is a total of 36 sales.

Several caveats apply to these lists of sales:

1) As more information comes to light regarding specific sales, the lists may change over the next month or so. For example, if the government proposes new (non-complying) sales with a short time-frame, or dusts off old sales that we thought were defunct, we may need to add them to the list.

2) The names of sales may be changed. For example, some of the listed sales have not yet been split into individual auctions. These sales may be given "as-auctioned" names that are different from the NEPA document name. Conversely, there may be some redundancy due to listing of both NEPA names and auction names.

3) For sales that are not yet in the administrative appeal period, we do not expect that you will require our clients to administratively appeal every sale in order to address them in our settlement discussions.

4) Except for sales on the Gifford Pinchot National Forest that failed to follow required post-sale protocols for salamanders, it is our intent to limit our request to sales that have not been awarded. This list may inadvertently include some sold sales, because it is difficult for the public to acquire timely and accurate information on the timber sale auction and award process.

5) Given the limits of public access to information and timing constraints, we were unable to segregate unobjectionable harvest units within sales we have listed. In general we do not object to precommercial thinning, and if given more information and/or time, we may be able to identify unobjectionable units.

Please contact me after you have had a chance to review this letter with your clients, so that we can discuss how (and whether) to proceed from here.

Sincerely,

Michael Axline
Counsel for Plaintiffs

cc: California Wilderness Coalition
Citizens for Better Forestry
Oregon Natural Resource Council
Pilchuck Audubon Society
Klamath Forest Alliance
Klamath Siskiyou Wildlands Center
American Lands Alliance
Umpqua Watersheds
Northcoast Environmental Center
Portland Audubon Society
Gifford Pinchot Task Force
Northwest Ecosystem Alliance
Headwaters

Category 1: Unsold Problem Sales With Calendar Year 1998 Auction Dates

| timber sale name | NF/BLM District | RD/ BLM RA | date of NEPA decision | planned auction date | total harvest volume (mmbf) |
|---|---|---|---|---|---|
| Jones 25 | Coos Bay | Myrtlewood | | 8/28/98 | 0.8 |
| Remote Control | Coos Bay | Myrtlewood | | 8/28/98 | 7.5 |
| Slide Show | Coos Bay | Myrtlewood | | 8/25/98 | |
| Alma Over | Eugene | | | 9/24/98 | |
| Go Cart | Eugene | | | 9/24/98 | |
| Gold Wind | Eugene | McKenzie | | 8/27/98 | 8.5 |
| Link'n'Log | Eugene | | | 8/27/98 | |
| Second Wind | Eugene | | | 9/24/98 | |
| Torched Mill | Eugene | South Valley | | 8/27/98 | 3.3 |
| Heli-Tower | GP | Cowlitz | | 8/31/98 | |
| Jack Hell | Klamath | | | 9/22/98 | |
| Upper South Fork | Klamath | Salmon River | 5/13/98 | 10/7/98 | 8.5 |
| B Lost | Medford | | | 9/24/98 | |
| Bonnie & Slyde | Medford | Glendale | 7/1/98 | 9/24/98 | 2.7 |
| Cenoak | Medford | Grants Pass | 7/1/98 | 9/24/98 | 3.0 |
| Deer Mom | Medford | Grants Pass | 5/15/98 | 8/27/98 | 2.8 |
| Jumpin Jack | Medford | | | 9/24/98 | |
| Key Elk | Medford | Glendale | | 9/24/98 | |
| Musty Donut | Medford | Butte Falls | 6/1/97 | 9/24/98 | 4.0 |
| North Murphy | Medford | Grants Pass | | 4/30/98 | 3.6 |
| POC Sanitation | Medford | Grants Pass | 8/15/98 | 9/24/98 | 1.0 |
| Poor Bishop | Medford | Ashland | | 9/24/98 | |
| Round Fork | Medford | | | 9/24/98 | |
| Serpent's Grave | Medford | Glendale | 7/1/98 | 9/24/98 | |
| Stratton Hog | Medford | Grants Pass | 6/1/98 | 10/29/98 | 1.8 |
| Titanic | Medford | Grants Pass | 3/1/98 | 9/24/98 | 9.0 |
| Wild Wonder | Medford | Grants Pass | 6/1/98 | 9/24/98 | 0.7 |
| Wildcat Thin | Medford | Glendale | 7/27/97 | 2/26/98 | 1.9 |
| Abbott Road | Mt Hood | Zigzag | 8/11/97 | 9/11/98 | |
| Bars | Mt Hood | Clackamas | 3/16/98 | 8/1/98 | |
| Evans | Mt Hood | Hood River | | 9/21/98 | |
| Partner II | Mt Hood | Clackamas | | 7/8/98 | |
| Ringo | Mt Hood | Clackamas | 6/27/96 | advert. 8/24/98 | |
| Salmon Curves | Mt Hood | Zigzag | 8/11/97 | advert. 8/24/98 | |
| Tila | Mt Hood | Hood River | 5/1/98 | 9/21/98 | |
| Wagner Gap | Rogue River | Ashland | | 9/20/98 | 3.0 |
| Bell Mountain Regen | Roseburg | Swiftwater | | 9/22/98 | 5.0 |
| Buck Fever | Roseburg | South River | 8/1/97 | 9/22/98 | 9.5 |
| Christopher Folley | Roseburg | Swiftwater | | 9/22/98 | 10.7 |
| Class of '98 Regen | Roseburg | South River | 2/1/98 | 3/98? | 7.0 |
| Dream Weaver | Roseburg | South River | | 9/22/98 | 4.4 |
| Final Curtin Regen | Roseburg | South River | 8/1/97 | 9/22/98 | 9.7 |
| Happy Summit DM | Roseburg | Swiftwater | | 9/22/98 | 7.0 |
| Johnson Creek | Roseburg | Swiftwater | | 9/22/98 | 2.2 |
| Bummer Swamp I | Salem | Mary's Peak | | 9/30/98 | 6.3 |
| Delph Creek | Salem | | | 9/30/98 | |
| Pig's Puzzle | Salem | Tillamook | 2/25/98 | 9/29/98 | 10.0 |
| Slippery Moose | Salem | Cascades | | 7/28/98 | 1.9 |
| West Botkin | Salem | Mary's Peak | | 7/29/98 | 1.9 |
| Too Wild | Siskiyou | Gold Beach | | 9/17/98 | 11.9 |
| Deadwood Thin | Siuslaw | Mapleton | 5/2/98 | 8/26/98 | 17,895 CC |

Category 1: Unsold Problem Sales With Calendar Year 1998 Auction Dates

| timber sale name | NF/BLM District | RD/ BLM RA | date of NEPA decision | planned auction date | total harvest volume (mmbf) |
|---|---|---|---|---|---|
| Coon Salvage | Six Rivers | Smith River | | ad 9/30/1998 | 0.1 |
| Henhawk | Six Rivers | Lower Trinity | | ad 9/30/1998 | 1.0 |
| Jones | Six Rivers | Mad River | | ad 9/20/1998 | 2.5 |
| Lenny | Six Rivers | Mad River | | ad 9/20/1998 | 0.6 |
| Panther Salvage | Six Rivers | Smith River | | ad 8/15/1998 | 0.1 |
| Siskiyou Timber Sale | Six Rivers | Smith River | | ad 8/15/1998 | 2.4 |
| Slide Salvage II | Six Rivers | Smith River | | ad 8/7/1998 | 0.0 |
| Spigot | Six Rivers | Mad River | | ad 9/20/1998 | 2.8 |
| Weaver | Six Rivers | Orleans | | ad 9/30/1998 | 2.5 |
| Borderline Thin | Willamette | Middle Fork | | 5/30/98 | 3.1 |
| Bould Puppy | Willamette | Detroit | | 7/1/98 | 2.7 |
| Canyon ATV | Willamette | Detroit | | 9/15/98 | 1.0 |
| Cascade Cat | Willamette | Blue River | 5/29/98 | 8/15/98 | 6.5 |
| Cat | Willamette | Blue River | 5/29/98 | 9/1/98 | 4.5 |
| Coffin Thin | Willamette | Detroit | | 9/1/98 | 1.5 |
| Dusty ATV | Willamette | Detroit | | 6/15/98 | 5.0 |
| East Devil | Willamette | Middle Fork | | 9/15/98 | 4.7 |
| Foley Ridge | Willamette | McKenzie | 5/5/98 | 9/1/98 | 9.4 |
| French Marten | Willamette | Detroit | | 7/31/98 | 1.0 |
| Friscoe Salvage | Willamette | McKenzie | 5/19/97 | 5/1/98 | 0.2 |
| Happy Bird | Willamette | Middle Fork | 4/29/98 | 9/15/98 | 5.3 |
| Halldun ATV | Willamette | Middle Fork | | 9/15/98 | 12.0 |
| High and Dry | Willamette | Detroit | | 5/15/98 | 2.0 |
| Humstinger | Willamette | Detroit | | 4/15/98 | 0.9 |
| Kinkoe | Willamette | McKenzie | 5/19/97 | 6/1/98 | 5.5 |
| Lois | Willamette | Middle Fork | 10/3/97 | 8/19/98 | |
| Monument Peak | Willamette | Detroit | | 9/1/98 | 1.2 |
| Moose | Willamette | Sweet Home | 7/29/98 | 8/15/98 | 22.5 |
| Nevergales | Willamette | Middle Fork | 5/4/98 | 10/15/98 | 13.5 |
| North Winberry ATV | Willamette | Middle Fork | 2/1/98 | 8/30/98 | 15.0 |
| Parkaboo | Willamette | Detroit | | 8/24/98 | |
| Prairie Fence | Willamette | Sweet Home | 8/18/97 | 7/30/98 | 1.4 |
| Pryor | Willamette | Middle Fork | 5/1/98 | 8/1/98 | 11.2 |
| Rhody | Willamette | Middle Fork | 8/24/97 | 8/1/98 | 10.0 |
| Ridge | Willamette | Blue River | 6/8/98 | 9/1/98 | 5.2 |
| Roaring ATV | Willamette | Blue River | 6/8/98 | 8/15/98 | 5.5 |
| Ross Salvage | Willamette | McKenzie | 5/19/97 | 5/1/98 | 0.4 |
| Shelter 1 ATV | Willamette | Detroit | 1/22/98 | 5/15/98 | 2.8 |
| Shelter 2 ATV | Willamette | Detroit | 1/22/98 | 5/15/98 | 0.9 |
| Simco | Willamette | Middle Fork | 3/4/98 | 9/30/98 | 10.0 |
| Slap ATV | Willamette | Middle Fork | | 10/15/98 | 15.0 |
| Stan | Willamette | McKenzie | 5/19/97 | 7/1/98 | 6.0 |
| Straw Devil | Willamette | Middle Fork | 6/16/98 | 9/1/98 | 14.0 |
| Windy Canyon | Willamette | Detroit | | 8/1/98 | 8.0 |
| Young 'n | Willamette | Middle Fork | | 12/1/98 | 20.1 |

Category 2: Problem Sales With Calendar Year 1998 Auction Dates That May Have Been Sold

| timber sale name | NF/BLM District | RD/ BLM RA | date of NEPA decision | planned auction date | total harvest volume (mmbf) |
|---|---|---|---|---|---|
| 70 SSF | Mt Hood | Clackamas | | 3/11/98 | |
| Lightening Flats | Mt Hood | Clackamas | 5/27/98 | | |
| Lunch | Mt Hood | Clackamas | | 4/15/98 | |
| Burma CT | Roseburg | South River | | | |
| Broken Buck Regen | Roseburg | Swiftwater | 9/1/96 | trade | 4.9 |
| Red Top I | Roseburg | South River | 7/21/97 | 8/97? | 10.7 |
| Signal Tree | Roseburg | South River | 10/22/97 | 11/97? | |
| Yoncalla | Roseburg | Swiftwater | 8/31/93 | 10/97? | |
| Chapter 4 salvag | Umpqua | Diamond Lake | | | |
| Pigout | Umpqua | Diamond Lake | 2/1/98 | | 3.0 |
| T-Line salvage | Umpqua | Diamond Lake | | | |
| Prairie Gate ATV | Willamette | Sweet Home | 8/18/97 | 10/23/97 | 4.0 |

Category 3: Problem Sales Without Auction Dates

| timber sale name | NF/BLM District | RD/ BLM RA | date of NEPA decision | planned auction date | total harvest volume (mmbf) |
|---|---|---|---|---|---|
| Sagaberd Complex | Coos Bay | Umpqua | 1/26/98 | | 14.3 |
| Baja 58 | Deschutes | | | | |
| Cultus Demonstration | Deschutes | | | | |
| Katalo West | Deschutes | | | | |
| Santiam LSR Restoration | Deschutes | | | | |
| Hult View | Eugene | | | | |
| Log Creek | Eugene | McKenzie | | | |
| Alpha | GP | Mt St Helens | | | |
| Baby Bare Fiber salvage | GP | Mt Adams | 5/4/85 | | |
| Beta | GP | Mt St Helens | | | |
| Bug | GP | Mt Adams | | | |
| Cispus Flats | GP | Cowlitz | | | |
| Dark Canyon | GP | Cowlitz | | | |
| Dry Jackpot | GP | Cowlitz | | | |
| East | GP | Mt Adams | 5/1/97 | | |
| EC Ridge (NSH) | GP | Cowlitz | | | |
| Gage | GP | Mt St Helens | | | |
| Goose Egg | GP | Mt Adams | | | |
| Iron Horse | GP | Cowlitz | | | |
| Johnson | GP | Cowlitz | | | |
| Kirk | GP | Cowlitz | | | |
| La Roux | GP | Mt Adams | | | |
| Limbo | GP | Mt Adams | | | |
| Lock | GP | Mt Adams | | | |
| Lower Iron | GP | Cowlitz | | | |
| Mine Fiber salvage | GP | Mt Adams | | | |
| Olallie | GP | Cowlitz | | | |
| Omega | GP | Mt St Helens | | | |
| Siler Owens | GP | Cowlitz | | | |
| Silver Watch | GP | Cowlitz | | | |
| Skeeter | GP | Mt St Helens | | | |
| Swell | GP | Mt Adams | | | |
| Tower | GP | Cowlitz | | | |
| Tuff F.P. | GP | Cowlitz | | | |
| Two Peaks | GP | Mt St Helens | | | |
| Upper Iron Creek | GP | Cowlitz | | | |
| Willame | GP | Cowlitz | | | |
| Cherry Creek Road Reconstruction Project | Klamath | Salmon River | | | |
| Glassups | Klamath | Salmon River | | | 7.0 |
| Jack | Klamath | Scott River | | | 14.0 |
| Jefferson | Klamath | Happy Camp | none yet | | 11.0 |
| Military Pass | Klamath | Goosenest | | | |
| New Year '97 Road Reconstruction | Klamath | all | | | |
| Road Access | MBS | North Bend | | | |
| Skull | MBS | Darrington | | | |
| Sky Forks Thin | MBS | Skykomish | | | 12.0 |
| Berlin Mummer | Medford | Grants Pass | 7/1/98 | | 1.5 |
| Lost Creek | Medford | | 5/1/98 | | 30.0 |
| Scattered Apples | Medford | Grants Pass | 9/1/98 | | |

Category 3: Problem Sales Without Auction Dates

| timber sale name | NF/BLM District | RD/ BLM RA | date of NEPA decision | planned auction date | total harvest volume (mmbf) |
|---|---|---|---|---|---|
| Stratton | Medford | Grants Pass | | | 1.2 |
| Blands | Mendocino | Covelo | | | 4.8 |
| Divide-Auger | Mendocino | Stonyford | | | In scoping |
| Gulch | Mendocino | | | | In scoping |
| Fourmile Hill Geothermal | Modoc | | | | |
| Telephone Flat Geothermal | Modoc | | FEIS pending | | |
| Batwing | Mt Hood | Clackamas | 3/16/98 | | |
| Bear Cub | Mt Hood | Clackamas | 3/16/98 | | |
| Blaze | Mt Hood | | | | |
| Bonanza II | Mt Hood | Clackamas | 5/24/93 | | |
| Borg | Mt Hood | Clackamas River | | | |
| Break | Mt Hood | Clackamas | 12/23/93 | | |
| Bronze | Mt Hood | Hood River | 7/17/98 | | 1.9 |
| Burnt Granite | Mt Hood | Clackamas | 7/19/93 | | |
| Cowpoke | Mt Hood | Clackamas | | | |
| Five Mile | Mt Hood | Barlow | 4/28/97 | | |
| Guard | Mt Hood | Clackamas | 4/13/98 | | |
| HiLynx | Mt Hood | Barlow | | | |
| Lemiti Auction | Mt Hood | Clackamas | | | |
| Mt. Defiance | Mt Hood | Hood River | 7/20/98 | | |
| Orchard | Mt Hood | Clackamas | | | |
| Osprey | Mt Hood | Hood River | | | 1.3+OG |
| Pohlallie/Cooper | Mt Hood | Hood River | | | |
| Ramsey/15 Mile Creek | Mt Hood | Barlow | 8/17/98 | | |
| Salmonberry | Mt Hood | ZigZag | 7/7/98 | | |
| Solo | Mt Hood | Clackamas | none yet | | |
| Surveyor's Ridge | Mt Hood | Hood River | | | |
| Talc | Mt Hood | Hood River | 7/27/98 | | |
| Tarzan | Mt Hood | Clackamas | none yet | | |
| Upper Mt Hood | Mt Hood | Clackamas | | | |
| Wildfire | Mt Hood | | | | |
| Yaka 22/23 | Mt Hood | | | | |
| Crater Creek | Mt Hood | ZigZag | | | |
| North Clackamas | Mt Hood | ZigZag | | | |
| Easter | Olympic | Quilcene | | | |
| Mouse Inn | Olympic | Quinalt | | | |
| Slider | Olympic | Quinalt | | | |
| Two-Y | Olympic | Soleduck | | | |
| Bibbits | Rogue River | Butte Falls | | | 4.0 |
| Brush | Rogue River | Prospect | | | |
| Buck Point | Rogue River | Butte Falls | | | 4.0 |
| Cougar | Rogue River | Applegate | | | 3.0 |
| Flat | Rogue River | Prospect | | | 2.0 |
| HazRed | Rogue River | Ashland | 4/18/98 | | 3.5 |
| Lodge | Rogue River | Prospect | | | 3.0 |
| Mt Ashland Ski Exp | Rogue River | Ashland | | | |
| North Fish | Rogue River | Prospect | | | 3.5 |
| Peak | Rogue River | Prospect | | | 4.0 |
| Salix | Rogue River | Prospect | | | 6.0 |
| Sturgis | Rogue River | Applegate | | | 6.0 |
| Beaver Newt | Rogue River | Applegate | | | 3.7 |

Category 3: Problem Sales Without Auction Dates

| timber sale name | NF/BLM District | RD/BLM RA | date of NEPA decision | planned auction date | total harvest volume (mmbf) |
|---|---|---|---|---|---|
| Silver Fork | Rogue River | Applegate | 4/15/98 | | 5.0 |
| Buck Creek CT | Roseburg | Swiftwater | 8/1/97 | | 3.8 |
| Cobble Creek Regen | Roseburg | Swiftwater | | | 5.0 |
| Cow Catcher TS | Roseburg | South River | | | |
| Diamondback Regen | Roseburg | Swiftwater | 8/1/97 | | 6.0 |
| Dickerson Heights TS | Roseburg | South River | | | |
| Emile | Roseburg | Swiftwater | 8/1/97 | | 5.2 |
| Foghorn Cleghorn | Roseburg | Swiftwater | 11/1/98 | | 4.3 |
| Leonard TS | Roseburg | Swiftwater | | | |
| Loose Laces Regen | Roseburg | South River | | | 7300 CCF |
| North Bank Habitat Mgt Plan | Roseburg | Swiftwater | | | |
| North Myrtle TS | Roseburg | South River | | | |
| Pipeline TS | Roseburg | Swiftwater | | | |
| Ragu TS | Roseburg | South River | | | |
| Red Top II | Roseburg | South River | 11/17/97 | | 1.7 |
| Sugar Pine DM | Roseburg | South River | | | |
| What a Gas | Roseburg | Swiftwater | | | |
| Harry Thomas | Salem | Cascades | | | |
| Upper Nestucca Motorcycle Trail System | Salem | Tillamook | 3/13/98 | | |
| Barker Road Hazards | Shasta-Trinity | | | | |
| Beegum Corral | Shasta-Trinity | Yolla Bolla | 7/1/97 | | |
| Beegum Regan | Shasta-Trinity | Yolla Bolla | 7/1/97 | | |
| Beegum Rock | Shasta-Trinity | Yolla Bolla | 8/1/98 | | |
| Big Creek Road Salvage | Shasta-Trinity | | | | |
| Butter Grassy Hyampom | Shasta-Trinity | Hayfork | 7/1/98 | | |
| Cow Buck Salvage | Shasta-Trinity | | | | |
| Deadwood | Shasta-Trinity | | | | |
| Digger Salvage | Shasta-Trinity | | | | |
| Dubablue Salvage | Shasta-Trinity | | | | |
| East Fork/Potato SS | Shasta-Trinity | | | | |
| Fitch Road Hazard | Shasta-Trinity | | | | |
| Harrison Knob SS | Shasta-Trinity | | | | |
| Henhawk Thinning | Shasta-Trinity | | | | |
| Lost Vegetative Mgt Project | Shasta-Trinity | | | | |
| Lower Hayfork Creek | Shasta-Trinity | Hayfork | 10/1/98 | | |
| LSR RC-305 Fuel Reduction Project of 1997 | Shasta-Trinity | | | | |
| Miller Road Hazard Tree Removal | Shasta-Trinity | | | | |
| Packer Road Salvage | Shasta-Trinity | | | | |
| Peanut Powerline Trees | Shasta-Trinity | | | | |
| Redway Road Hazard Tree Removal | Shasta-Trinity | | | | |
| Salvage sales (1998) | Shasta-Trinity | | | | |
| Siskiyou Habitat Improvement Project | Shasta-Trinity | | | | |
| Stafford Johnson SS | Shasta-Trinity | | | | |
| Station Thin and Fuels Reduction | Shasta-Trinity | Weaverville | 8/1/98 | | |

DOJ ENRD Gen Lit 8th Fl ∅012

Category 4

# Gifford Pinchot National Forest

Timber sales requiring salamander surveys - sales awarded since 9/30/97

## Awarded Sales Lacking Survey to Protocol for Salamanders

| District | Name | Sale | Dec. Date | Award Date | Purchaser | Comments |
|---|---|---|---|---|---|---|
| Mt. Adams | East | timber/C-thin | 3/1/97 | 11/24/97 | High Cascade, Inc. | unlogged |
| Mt. Adams | Bug | timber/C-thin | 5/12/97 | 10/2/97 | High Cascade Inc. | unlogged |
| Mt. Adams | Whip | timber/C-thin | 5/27/97 | 11/24/97 | High Cascade Inc. | unlogged |
| Mt. Adams | Mine Fiber salvage | salvage | ? | 12/16/96 | Mike Flood | need DM |
| Mt. Adams | Baby Baro Fiber salvage | salvage | 5/4/95 | 6/17/97 | Milo Flood | need DM |
| Mt. St. Helens | Cage | timber/C-thin | 5/13/97 | 11/10/97 | High Cascade, Inc. | unlogged |
| Mt. St. Helens | Skeeter | timber | 3/10/97 | 11/10/97 | High Cascade, Inc. | unlogged |
| Mt. St. Helens | Tile | timber | 7/18/97 | 5/6/98 | High Cascade, Inc. | unlogged |
| Mt. St. Helens | Two Peaks | timber | 3/10/97 | 10/2/97 | High Cascade, Inc. | need award date; unlogged |
| Cowlitz | BC Ridge (NSH) | C-thin | 7/14/95 | 10/31/96 | Superior Lumber | DN prior to FY97; unlogged |
| Cowlitz | Fourmile salvage | salvage | 7/7/97 | 7/28/97 | Kimberly Nichols | need DM; logged |
| Cowlitz | Siler Owens | timber | 1/24/97 | 11/24/97 | High Cascade, Inc. | unlogged |
| Cowlitz | Sister salvage | salvage | 8/26/97 | 4/3/98 | R and D Cascade | need award date |
| Cowlitz | Tower | C-thin | 5/21/97 | 10/29/97 | Frisco Timber, Co. | unlogged |
| Cowlitz | Tri salvage | salvage | 8/26/97 | 4/14/98 | Noblitt and Sons | need award date |
| Cowlitz | Tuff F.P. | salvage | ? | 8/8/97 | Noblitt and Sons | need DM |

## Unawarded sales lacking Surveys to Protocol for Salamanders – NEPA complete (through appeals)

| District | Name | Sale | Dec Date | Award Date | Purchaser | Comments |
|---|---|---|---|---|---|---|
| Cowlitz | Cooper Flats | C-thin | 11/5/97 | unsold | NA | re-advertise 10/98 |
| Cowlitz | Dark Canyon | C-thin | 7/17/97 | unsold | NA | in consultation |
| Cowlitz | Heli-Tower | C-thin | 5/31/97 | unsold | NA | re-advertise 8/98 |
| Cowlitz | Lower Iron | timber/C-thin | 5/31/97 | unsold | NA | in consultation |
| Cowlitz | Iron Horse | timber/C-thin | 5/31/97 | unsold | NA | in consultation |

## Awarded Sales lacking Surveys to Protocol for Salamanders – NEPA pending

| District | Name | Sale | Dec. Date | Award Date | Purchaser | Comments |
|---|---|---|---|---|---|---|
| Mt. Adams | Goose Egg | timber | pending | NA | NA | awaiting DN |
| Mt. Adams | La Roux | timber | 6/1/98 | pending | NA | in appeal period |
| Mt. Adams | Limbo | timber | pending | NA | NA | awaiting DN |
| Mt. Adams | Look | timber | pending | NA | NA | awaiting DN |
| Mt. Adams | Swell | timber | 7/13/98 | pending | NA | in appeal period |
| Mt. St. Helens | Alpha | timber | 6/30/98 | pending | NA | in appeal period |
| Mt. St. Helens | Beta | timber | 6/16/98 | pending | NA | in appeal period |
| Mt. St. Helens | Omega | timber | 6/16/98 | pending | NA | in appeal period |
| Cowlitz | Dry Jackpot | C-thin | 2/23/98 | pending | NA | in consultation |
| Cowlitz | Johnson | timber/C-thin | pending | NA | NA | awaiting DM |
| Cowlitz | Kirk | C-thin | pending | NA | NA | awaiting DM |
| Cowlitz | Olallie | timber | 6/15/98 | pending | NA | in appeal period |
| Cowlitz | Silver Watch | timber | pending | NA | NA | awaiting DM |
| Cowlitz | Upper Iron Creek | C-thin | 6/29/98 | pending | NA | in appeal period |
| Cowlitz | Willame | timber/C-thin | pending | NA | NA | in consultation |

08/26/98 WED 16:58 [TX/RX NO 7987]