On Mar 26, all of the parties stipulated to a briefing schedule for this case that should bring it should a hearing in mid June (good news). (The court has not yet signed the stipulation.) In order to reach that agreement, we had to give a little (bad news) on the current need to award sales associated with this lawsuit. With Devlin's, R5's and BLM's concurrence, the govt made 2 promises in the stipulation (I'll fax it to the forests and R5).

Promise 1: As to the nine named sales in the Amended Complaint, we would give ONRC 10 bus. days notice before we approved the General Plan of Operations (applies to Bear TS (MTH) and any Christy Basin sales(WIL).

Promise 2: As to the sales appealed by the plaintiffs AND identified by plaintiff s "based on claims presented in the Complaint (not amended complaint)", we would give ONRC 10 bus. days notice of our decision to award.

So attached is R6 chart of the sales (R5 will come separately ) that are subject to Promise 2 (you need to check the appeal files to be sure plaintiffs appealed). Before you decide to award a sale, the RO and OGC ask that you compare and discuss with us the issues in the appeal of the sale to the issues in the Amended Complaint (there are some differences). To help you with that, I'll be sending an issue chart tomorrow. We need to assure DOJ that we have a strong defense on the sales that we intend to award even tho' DOJ is not asking to be a part of the award decision (good news).

Bottom line: the process to award these sales associated with the lawsuit is no different than the last 3 months, other than now we need to give ONRC 10 day notice before we send the award letter.

R5 is sending a 10 day notice letter to ONRC today for 2 sales (Upper S.Fork and Happy Thin - KLA). So the process works! I think we'll have WIL sales ready in a few days too. If ONRC finds it necessary to file for an injunction on these sales, then we will look to the awarding forest for their Admin. Rec. and sale info ASAP. You guys always come through, so I'm not worried about this.... only the stress that it brings to all of us.

AS BEFORE, THE SALE LIST IS NOT BE DISTRIBUTED OUTSIDE THE AGENCY.

*****

Susan M. Zike
R6 Litigation Coordinator
503-808-2257
503-808-2255 FAX
DG szike/r6pnw:fs
email szike/r6pnw@fs.fed.us
**********

PLAINTIFF'S EXHIBIT
tabbies
41A
1-4-07 Zike

4/5/99

ONRC Action has taken issue with the operation of Roundup TS on the MTH, claiming it falls under the the ONRC Action lawsuit. DOJ has called and asked that we assess the status of the sales in the chart I sent out to you all late last week entitled "Region 6 Timber Sales, ONRC Action d. USFS, BLM, CV98-942WD, western District of Washington, Plaintiffs' Sale List Submitted Feb. 26, 1999". Same title for R5. They are attached again here.
The immediate job is to identify the sales that have been awarded or that you intend to award by mid-June. DOJ would like to get the briefing done on this case without the interruptions of TRO or PI, so please fill out the chart for the sales you have awarded or intend to award by mid-June. Can you fill out chart and return to me by tomorrow, Tuesday, April 6?? Once we have that set of sales in mind, don't be surprised if we ask you to delay the award or the start of operations.

TED/OWEN: the charts are in RTF so you ought to be able to read them.

*****

Susan M. Zike
R6 Litigation Coordinator
503-808-2257
503-808-2255 FAX
DG szike/r6pnw:fs
email szike/r6pnw@fs.fed.us
**********

Whitebird
Pigout
[illegible]
T-Line SV
Salty
Ch. 4 SV
Jigsaw

Plt Apl? Y/N — Ad Date — Auc Date — Award Date — Status — Notice to Ps?

Wyatt