United States Department of Agriculture
Forest Service
Pacific Northwest Region
P. O. Box 3623
Portland, OR 97208-3623
333 S.W. First Avenue
Portland, OR 97204

File Code: *
Route To: 1570 Litigation

Date: April 23, 1999

Subject: Intent to Award Timber Sales in ONRC Action

To: Brenda Woodard, Umpqua NF

I forwarded your April 19, 1999, letter to the Department of Justice in which you relay your intent to award Chapter 4 Salvage, T-Line Salvage, Salty, Jigsaw, Whitebird, and Pigout Timber Sales on or before May 5. You explained that you understood that these sales were not "at risk" sales that ONRC Action had identified on April 12.

While you are correct that the sales are not considered "at risk" by ONRC Action, Ted Boling, Department of Justice, advised me that unless something had changed as to these sales since our earlier representation to not award them until mid-June, we needed to abide by that representation. In other words, the "at risk" list does not replace the April 5 sales identified by ONRC Action as sales they are to receive prior notice of award according to the Stipulation to Establish a Briefing Schedule, filed in this case.

As you know, we have a hearing on June 11 and will hopefully get a ruling shortly thereafter. It will be at that time we can re-assess our position on these sales. Thanks for your patience.

/s/ Susan M. Zike
SUSAN M. ZIKE
Regional Litigation Coordinator

PLAINTIFF'S EXHIBIT
tabbies
41D
1-4-07 Zike