# In the United States Court of Federal Claims

Nos. 01-570C, 01-627C, 04-501C
(Filed February 14, 2007)

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
BLUE LAKE FOREST PRODUCTS, INC.,          *
                Plaintiff,                *
                                          *
        v.                                *
                                          *
THE UNITED STATES,                        *
                Defendant.                *
                                          *
* * * * * * * * * * * * * * * * * * * * * * ** * * * * * *
TIMBER PRODUCTS COMPANY,                  *
                Plaintiff,                *
                                          *
        v.                                *
                                          *
THE UNITED STATES,                        *
                Defendant.                *
                                          *
* * * * * * * * * * * * * * * * * * * * * * ** * * * * * *
CLR TIMBER HOLDINGS, INC.                 *
                Plaintiff,                *
                                          *
        v.                                *
                                          *
THE UNITED STATES,                        *
                Defendant.                *
                                          *
* * * * * * * * * * * * * * * * * * * * * * ** * * * * * *
```

## ORDER

On February 7, 2007, Plaintiffs filed with this Court a "Notice of Subsequent Events Bearing on Defendant's Subject Matter Waiver of the Attorney-Client Privilege", attaching five privileged documents Defendant voluntarily disclosed in other litigation. Defendant shall file any response to Plaintiffs' notice by **February 21, 2007**.

**IT IS SO ORDERED**.

S/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**