# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed February 14, 2007)**

| | |
|---|---|
| **BLUE LAKE FOREST PRODUCTS, INC., Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES, Defendant.** | |
| **TIMBER PRODUCTS COMPANY, Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES, Defendant.** | |
| **CLR TIMBER HOLDINGS, INC. Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES, Defendant.** | |

## ORDER

On February 7, 2007, Plaintiffs filed with this Court a "Notice of Subsequent Events Bearing on Defendant's Subject Matter Waiver of the Attorney-Client Privilege", attaching five privileged documents Defendant voluntarily disclosed in other litigation. Defendant shall file any response to Plaintiffs' notice by **February 21, 2007**.

**IT IS SO ORDERED**.

S/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**