**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BLUE LAKE FOREST PRODUCTS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 01-570C Judge Williams |
| TIMBER PRODUCTS COMPANY, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 01-627C Judge Williams |
| CLR TIMBER HOLDINGS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04–501C Judge Williams |

**<u>DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME</u>**

Defendant, the United States, respectfully requests an enlargement of time of seven days, from February 21, 2007, through and including February 28, 2007, to respond to plaintiffs notice

of subsequent events. This is our first request for an enlargement of time for this purpose. Plaintiffs oppose this motion.[1]

We have worked diligently upon our response and have prepared an initial draft. However, prior to filing our response, we must obtain comments from the agency, submit the response for internal review, make any changes required as a result, and finalize the response for filing.

Further, in addition to this matter, undersigned counsel is responsible for other matter that require his attention including, but not limited to, the following: (1) Tara Materials, Inc. v. United States, CIT No. 06-142 (Government's response to plaintiff's motion for judgment upon the agency record due February 23, 2003; counsel anticipates spending entire day on February 22 finalizing response); Oak Environmental Consultants, Inc. v. United States, Fed. Cl. No. 06-113 (counsel traveling to Philadelphia for a deposition on February 23, 2007); and Agro Dutch Industries, Ltd. v. United States, Fed. Cir. No. 07-1011 (anticipate filing Government's response brief on March 1, 2007). Counsel is responsible for numerous other matters as well.

Accordingly, we respectfully request an enlargement of time of seven days, through and including February 28, 2007, to file the Government's response.

[1] Plaintiffs have agreed to an enlargement of time until February 23, 2007. However, due to counsel's schedule, which includes a brief due February 22, 2007 and a deposition in Philadelphia on February 23, we respectfully request that the Court grant us the full week sought.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

***s/Kathryn A. Bleecker***
KATHRYN A. BLEECKER
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7788
Attorneys for Respondent

February 21, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 21th day of February 2007, a copy of the foregoing “DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder