# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed February 22, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BLUE LAKE FOREST PRODUCTS, INC.,** *
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMBER PRODUCTS COMPANY,** *
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CLR TIMBER HOLDINGS, INC.** *
**Plaintiff,** *
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING IN PART DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

---

On February 21, 2007, Defendant filed a motion for an enlargement of time of 7 days, to and including February 28, 2007, within which to file its response to Plaintiffs' notice of subsequent events. Plaintiffs oppose this motion. Defendant's motion for an enlargement of time is **GRANTED IN PART**. Defendant's response is due **February 26, 2007.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**