# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed: April 6, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BLUE LAKE FOREST PRODUCTS, INC., Plaintiff,** *

**v.** *

**THE UNITED STATES, Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMBER PRODUCTS COMPANY, Plaintiff,** *

**v.** *

**THE UNITED STATES, Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CLR TIMBER HOLDINGS, INC., Plaintiff,** *

**v.** *

**THE UNITED STATES, Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to the Court's orders during the status conference held today, the parties shall proceed with the following schedule:

1. **April 11, 2007** — Defendant shall deliver to Plaintiffs all of the documents that the Court ordered disclosed in the opinions dated March 29, 2007.

2. **May 4, 2007** — A telephonic status conference shall be held at 11:00 A.M. The Court shall initiate the call.

| | | |
|---|---|---|
| 3. | **May 5, 2007** | Defendant shall deliver the "DE" and "CW" documents to Plaintiffs. |
| 4. | **May 20, 2007** | Defendant shall deliver the remainder of the documents for which the Court ordered disclosure in the opinions dated March 29, 2007. |
| 5. | **June 7, 2007** | A telephonic status conference shall be held at 11:00 A.M. The Court shall initiate the call. |
| 6. | **July 12, 2007** | A telephonic status conference shall be held at 11:00 A.M. The Court shall initiate the call. |
| 7. | **August 7, 2007** | A telephonic status conference shall be held at 11:00 A.M. The Court shall initiate the call. |
| 8. | **September 7, 2007** | A telephonic status conference shall be held at 11:00 A.M. The Court shall initiate the call. |
| 9. | **September 21, 2007** | All discovery shall be completed. No further extensions of the cutoff deadline shall be granted. |

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**