# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed: May 4, 2007)**

| | |
|---|---|
| **BLUE LAKE FOREST PRODUCTS, INC.,** | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| **TIMBER PRODUCTS COMPANY,** | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| **CLR TIMBER HOLDINGS, INC.,** | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

## AMENDED SCHEDULING ORDER

Pursuant to the Court's orders during the status conference held today, the parties shall proceed with the following schedule:

| | | |
|---|---|---|
| 1. | **May 9, 2007** | Defendant shall deliver the "DE" and "CW" documents to Plaintiffs. No further extensions. |
| 2. | **May 21, 2007** | Defendant shall deliver the remainder of the documents for which the Court ordered disclosure in the opinions dated March 29, 2007. No further extensions. |

| | | |
|---|---|---|
| 3. | **June 7, 2007** | A telephonic status conference shall be held at 11:00 A.M. The Court shall initiate the call. |
| 4. | **July 12, 2007** | A telephonic status conference shall be held at 11:00 A.M. The Court shall initiate the call. |
| 5. | **August 7, 2007** | A telephonic status conference shall be held at 11:00 A.M. The Court shall initiate the call. |
| 6. | **September 7, 2007** | A telephonic status conference shall be held at 11:00 A.M. The Court shall initiate the call. |
| 7. | **September 21, 2007** | All discovery shall be completed. No further extensions of the cutoff deadline shall be granted. |

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**