**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BLUE LAKE FOREST PRODUCTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-570C |
| | ) | Judge Williams |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| TIMBER PRODUCTS COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-627C |
| | ) | Judge Williams |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| CLR TIMBER HOLDINGS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04–501C |
| | ) | Judge Williams |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO FILE STATUS REPORT**
**AND DEFENDANT'S STATUS REPORT**

Defendant, the United States, respectfully requests that the Court permit the Government to file the status report set froth below. The grounds for this request

is to advise the Court of certain information relevant to the Court's March 29, 2007 order that the Government produce certain categories of documents in this case. Plaintiff's counsel has indicated that he does not oppose the submission of this status report. We do not know if plaintiff will oppose the relief requested below.

**STATUS REPORT**

In the course of reviewing thousands of documents, the Government has been unable to locate a relatively small number of documents, included on its privilege logs. We estimate that number to be between approximately 40 and 100 documents. Because the Government has not located such documents, it cannot produce the missing documents that might be responsive to the Court's order. The Government intends to continue to search is files for the missing documents and to provide.

We realize the Court has indicated that it would grant no further enlargements in this action. However, because of the above circumstances, we must ask that we be permitted an additional eight days, from May 21, 2007 through May 29, 2007, to continue our search, and to provide any of the missing documents. Further, we propose that the Government be granted leave to file another status report on May 29, 2007, advising the Court of the status of the

missing documents. We apologize for any inconvenience caused to the Court or plaintiff by this request.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
by SJG

KATHRYN A. BLEECKER
Assistant Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7788
Attorneys for Respondent

May 21, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 21st day of May 2007, I caused the above "Defendant's Motion to File Status Report and Status Report" to be filed electronically. I understand that a copy will be transmitted to plaintiff through the Court's electronic filing system.

*s/Richard P. Schroeder*