**THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BLUE LAKE FOREST PRODUCTS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 01-570C (Judge Williams) |
| TIMBER PRODUCTS COMPANY, Plaintiff, v. THE UNITED STATES, Defendant | No. 01-627C (Judge Williams) |
| CLR TIMBER HOLDINGS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-501C (Judge Williams) |

**PLAINTIFFS' STATUS REPORT**

Since the status conference on May 23, 2007, defendant has delivered several thousand pages of documents to plaintiffs, numerous revised and updated privilege logs, an abandoned privilege document list and a list of documents that have not been produced to plaintiffs because

those documents have been lost or destroyed. Plaintiffs' counsel is in the process of reviewing these submissions for completeness and responsiveness to the Court's orders.

In addition, plaintiffs and defendant recently agreed to engage in settlement discussions which, if successful, could resolve this case in its entirety. In this regard, plaintiffs have agreed to submit settlement offers to defendant within the next few days.

Currently, there is a telephonic status conference scheduled for this case on Thursday, June 7, 2007.

In light of plaintiffs' need for additional time to review defendant's recent production of documents, associated logs and lists, and the desire of the parties to pursue settlement in a serious and focused manner, plaintiffs respectfully request that the status conference currently scheduled for Thursday, June 7, 2007 be cancelled, but that the telephonic status conference currently scheduled for Thursday, July 12, 2007 remain as scheduled. The parties will report to the Court their progress on settlement and on their attempts to resolve any outstanding issues relating to defendant's production of documents at the status conference of July 12, 2007.

Defendant's counsel of record has been informed of the substance of this status report and defendant concurs in that substance.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiffs

OF COUNSEL:

Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 2006
(202) 452-2140

Dated: June 5, 2007