# In the United States Court of Federal Claims

**No. 01-570C**
**No. 01-627C**
**No. 04-501C**
**(Filed: June 6, 2007)**

| | |
|---|---|
| **BLUE LAKE FOREST PRODUCTS, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| **TIMBER PRODUCTS COMPANY,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| **CLR HOLDINGS, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

## ORDER

Pursuant to the parties' request, the status conference scheduled for June 7, 2007 at 11:00 a.m. E.T., has been cancelled. The status conference set for **July 12, 2007 at 11:00 a.m.** E.T. remains as scheduled. It is **SO ORDERED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**