# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed: July 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BLUE LAKE FOREST PRODUCTS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMBER PRODUCTS COMPANY,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CLR TIMBER HOLDINGS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**SCHEDULING ORDER**

---

Pursuant to the Court's orders during the status conference held July 24, 2007, the parties shall proceed with the following schedule:

1. Plaintiffs advised the Court that on July 23, 2007, they received a 59-page list of documents which Defendant withheld on grounds that they were not within the scope of the Court's orders. Plaintiffs shall serve on Defendant by **July 27, 2007**, a list of documents from this list which they believe should be disclosed under the Court's orders. Defendant shall respond by **August 3, 2007**.

2. Defendant agreed to allow counsel for Plaintiffs to inspect the unredacted portion of documents which were previously disclosed by Defendant in redacted form, on or before **July 27, 2007**, in Defendant's counsel's office, subject to protective order. Defendant shall file a proposed protective order covering the unredacted documents forthwith.

3. Defendant shall search for any litigation reports produced to the Department of Justice by any of the agencies involved in the ONRC Action litigation, including the: U. S. Department of the Interior, Bureau of Land Management; U. S. Department of the Interior, Fish and Wildlife Service; U. S. Department of Agriculture, Forest Service; and U. S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service. Defendant shall serve any litigation reports on Plaintiffs by **August 3, 2007**, or, if no such reports can be located, declarations from cognizant government employees explaining their search efforts.

4. Plaintiffs and Defendant shall use their best efforts to finalize their deposition schedules by **July 27, 2007**.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**