# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed July 27, 2007)**

| | |
|---|---|
| **BLUE LAKE FOREST PRODUCTS, INC.,** Plaintiff, v. THE UNITED STATES, Defendant. | * |
| **TIMBER PRODUCTS COMPANY,** Plaintiff, v. THE UNITED STATES, Defendant. | * |
| **CLR TIMBER HOLDINGS, INC.,** Plaintiff, v. THE UNITED STATES, Defendant. | * |

## ORDER

On July 26, 2007, pursuant to Rule 26(c) of the Rules of the U.S. Court of Federal Claims, Defendant filed an Unopposed Motion for a Protective Order and a proposed Protective Order.

The proposed Protective Order covers seven documents Defendant previously produced in redacted form which Plaintiffs seek to review in unredacted form. Defendant seeks to prohibit the disclosure of the previously redacted portions of the documents produced, in accordance with the terms and conditions set forth in the proposed Protective Order.

Plaintiffs consent to Defendant's motion for a protective order. The Court **GRANTS** Defendant's motion. The Court issues the Protective Order herewith.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**