# THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BLUE LAKE FOREST PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 01-570C<br>(Judge Williams) |
| TIMBER PRODUCTS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant | No. 01-627C<br>(Judge Williams) |
| CLR TIMBER HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-501C<br>(Judge Williams) |

## DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests that this Court enter the accompanying proposed protective order prohibiting the disclosure of information in accordance with the terms and conditions set forth in the proposed protective order. Plaintiff consents to this motion.

The protective order relates to six documents defendant is withholding from production and plaintiff seeks to review each of these documents. The documents contain privileged information for these or other cases for which defendant believes privilege has not been waived. Thus, we request the protective order for the six documents.

For the foregoing reasons, defendant respectfully requests that this Court issue the attached proposed protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kathryn A. Bleecker____
KATHRYN A. BLEECKER

/s/ Ellen M. Lynch________
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-7994
Fax: (202) 514-8624
Attorneys for Defendant

Dated: August 14, 2007