# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed August 16, 2007)**

| | |
|---|---|
| **BLUE LAKE FOREST PRODUCTS, INC.,** Plaintiff, v. **THE UNITED STATES,** Defendant. | |
| **TIMBER PRODUCTS COMPANY,** Plaintiff, v. **THE UNITED STATES,** Defendant. | |
| **CLR TIMBER HOLDINGS, INC.,** Plaintiff, v. **THE UNITED STATES,** Defendant. | |

## ORDER

On August 14, 2007 pursuant to Rule 26(c) of the Rules of the U.S. Court of Federal Claims, Defendant filed an Unopposed Motion for a Protective Order and a proposed Protective Order.

The proposed Protective Order covers six (6) documents Defendant is withholding from production claiming those documents contain privileged information. Defendant seeks to limit the disclosure of the six (6) documents, in accordance with the terms and conditions set forth in the proposed Protective Order.

Plaintiffs consent to Defendant's motion for a protective order. The Court **GRANTS** Defendant's motion. The Court issues the Protective Order herewith.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**