# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed: September 11, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BLUE LAKE FOREST PRODUCTS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMBER PRODUCTS COMPANY,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CLR TIMBER HOLDINGS, INC.** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**
**SCHEDULING STATUS CONFERENCE**

---

The Court will conduct a telephonic status conference on **September 28, 2007,** at **10:30 a.m. EST.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**