# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed September 28, 2007)**

| | |
|---|---|
| **BLUE LAKE FOREST PRODUCTS, INC.,** Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** Defendant. | * |
| **TIMBER PRODUCTS COMPANY,** Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** Defendant. | * |
| **CLR TIMBER HOLDINGS, INC.** Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** Defendant. | * |

## ORDER

On September 28, 2007, the Court held a status conference concerning this matter. In accordance with the parties' respresentations during the status conference, the Court enters the following schedule:

1. **November 19, 2007 at 11:00 a.m. EST** — A telephone status conference will be held.

2. **January 8, 2008** — The parties' cross motions for summary judgment are due.

3. **February 5, 2008** The parties' responses to the cross motions for summary judgment are due.

4. **February 29, 2008** The parties' replies to responses are due.

**IT IS SO ORDERED**.

S/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**