# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed: November 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BLUE LAKE FOREST PRODUCTS, INC., Plaintiff,**

**v.**

**THE UNITED STATES, Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMBER PRODUCTS COMPANY, Plaintiff,**

**v.**

**THE UNITED STATES, Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CLR TIMBER HOLDINGS, INC. Plaintiff,**

**v.**

**THE UNITED STATES, Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER
## SCHEDULING STATUS CONFERENCE

---

The Court will conduct a telephonic status conference on **December 12, 2007,** at **11:00 a.m. EST.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**