**THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BLUE LAKE FOREST PRODUCTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 01-570C<br>(Judge Williams) |
| TIMBER PRODUCTS COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant | No. 01-627C<br>(Judge Williams) |
| CLR TIMBER HOLDINGS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-501C<br>(Judge Williams) |

**JOINT STATUS REPORT AND MOTION ON BEHALF OF BOTH PARTIES TO MODIFY THE COURT'S SCHEDULING ORDER DATED SEPTEMBER 28, 2007**

On November 16, 2007, the government submitted settlement counter-proposals to each of the plaintiffs involved in this consolidated action. On December 4, 2007, plaintiffs Blue Lake

Forest Products and CLR Timber Holdings provided the government with their counter-proposals in response to the government's November 16th proposals. On December 5, 2007, plaintiff Timber Products Company submitted its counter-proposal to the government's proposal of November 16, 2007. On January 2, 2008, counsel for defendant informed counsel for plaintiffs that defendant wished to proceed with the parties' cross-motions for summary judgment on liability and that defendant would not make any further settlement proposals to plaintiffs at this time. Accordingly, the parties concur that settlement is unlikely prior to the Court's ruling on the parties' cross-motions for summary judgment on liability.

Since the Court's September 28, 2007 Order establishing a schedule for the parties to file cross-motions for summary judgment on liability the parties have devoted the majority of their efforts to an attempt to settle all three of the lawsuits consolidated in this action, but some progress has been made on the motions. In this regard, plaintiffs have prepared over 100 paragraphs of proposed stipulations of fact which they intend to finalize and provide to defendant at the end of this week. Defendant will need some time to review these proposed stipulations with the objective of reaching an agreement with plaintiffs on all or as many as possible. The parties believe that finalizing this joint stipulation of facts will simplify and expedite the resolution of their cross-motions. In addition, both parties request additional time within which to prepare their initial briefs. Accordingly, the parties move for an order making the following changes in the Court's September 28, 2007 scheduling order:

| | | Previous Deadline | New Deadline |
|---|---|---|---|
| 1. | Filing of the parties' cross-motions for summary judgment on liability, statements of uncontroverted fact and supporting materials | **January 8, 2008** | **February 15, 2008** |
| 2. | Filing of the parties' responses to the cross-motions for summary judgment on liability, responses to statements of uncontroverted fact and any additional supporting materials | **February 5, 2008** | **March 28, 2008** |
| 3. | Filing of the parties' replies to responses to the cross-motions for summary judgment on liability | **February 29, 2008** | **April 25, 2008** |

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20008
(202) 452-2140

Counsel for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
Deputy Director

s/Ellen M. Lynch
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W.
Room 12072
Washington, D.C. 20530
(202) 353-7994

Attorneys for Defendant

Dated: January 3, 2008