# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed: January 4, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BLUE LAKE FOREST PRODUCTS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMBER PRODUCTS COMPANY,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CLR TIMBER HOLDINGS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## REVISED SCHEDULING ORDER

---

On January 3, 2008, the parties filed a Joint Status Report and Motion to Modify the Court's Scheduling Order of September 28, 2007, advising the Court that settlement is unlikely and requesting an extension of the briefing schedule. The parties' motion to modify the schedule is **GRANTED**, and they shall proceed with the following schedule:

1. **February 15, 2008** — The parties' cross-motions for summary judgment and statements of uncontroverted fact are due.

2. **March 28, 2008** — Responses to cross-motions for summary judgment and responses to the statements of uncontroverted fact are due.

3. **April 25, 2008** — Replies to the responses to the cross-motions for summary judgment are due.

The status conference previously scheduled for January 9, 2008, at 11:00 a.m. EST is cancelled.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**