IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLUE LAKE FOREST PRODUCTS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 01-570C (Judge Williams) |
| TIMBER PRODUCTS COMPANY, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 01-627C (Judge Williams) |
| CLR TIMBER HOLDINGS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-501C (Judge Williams) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including March 7, 2008, to file its cross-motion for summary judgment. Our cross-motion for summary judgment is currently due on February 15, 2007. Defendant further requests that the deadlines for the remaining briefs, the parties' responses to the cross-motions for summary judgment and the parties' replies to the cross-motions for summary judgment, also be enlarged by

21 days. Therefore, the parties' responses to the cross-motions for summary judgment would be due on April 18, 2008, and the parties' replies to the cross-motions for summary judgment would be due on May 16, 2008. The parties filed a Joint Status Report on January 3, 2008, requesting changes in the Court's September 28, 2007 scheduling order. Plaintiffs' counsel has stated that he does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant requires additional time to review and respond to proposed stipulated facts provided by plaintiffs' counsel and, once that is concluded, to complete briefing in this case. We further request the enlargement because the undersigned counsel's supervisor is currently working full-time on an appellate brief in the "A-12" litigation, McDonnell Douglas Corp. v. United States, Fed. Cir. 2007-5111 and General Dynamics Corp. v. United States, Fed. Cir. 2007-5113, and will be unable to review the brief until after that brief is filed. In addition, undersigned counsel for the defendant requests the additional time because of family medical matters which she needs to attend to during this time period.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 21 days, to and including March 7, 2008, within which to file defendant's cross-motion for summary judgment, and also to extend all deadlines in this matter by 21 days.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s/ Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

February 11, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 11th day of February, 2008, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ellen M. Lynch
Ellen M. Lynch