# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed: February 14, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BLUE LAKE FOREST PRODUCTS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMBER PRODUCTS COMPANY,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CLR TIMBER HOLDINGS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## REVISED SCHEDULING ORDER

---

On February 11, 2008, Defendant filed an unopposed motion for an enlargement of time of 21 days, to and including March 7, 2008, for the parties to file their cross-motions for summary judgment. Defendant also requests that the remaining deadlines for the parties' responses and replies to the cross-motions for summary judgment be enlarged by 21 days. The Defendant's motion is **GRANTED.** The Court orders the following:

1. **March 7, 2008** The parties' cross-motions for summary judgment and statements of uncontroverted fact are due.

2. **April 18, 2008** Responses to cross-motions for summary judgment and responses to the statements of uncontroverted fact are due.

3. **May 16, 2008** Replies to the responses to the cross-motions for summary judgment are due.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**