# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BLUE LAKE FOREST PRODUCTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 01-570C
(Judge Williams)

TIMBER PRODUCTS COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 01-627C
(Judge Williams)

CLR TIMBER HOLDINGS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-501C
(Judge Williams)

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE FILING REQUIREMENTS FOR THE APPENDIX TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs hereby move this Court to issue an order, pursuant to Appendix E, IV(9)(d) of the Rules of the Court of Federal Claims, allowing plaintiffs to file the appendix[1] to their Motion for Partial Summary Judgment in paper form. Plaintiffs' appendix contains over 1,000 pages of documents. Given the relatively small file-size limit of the ECF system, plaintiffs expect that filing the appendix via ECF would require the appendix to be broken into scores of files. This result would not only be cumbersome for the Court and the parties but also electronic filing would lose the tab system used by plaintiffs that allows for facile identification of the numerous exhibits contained in the appendix.

Plaintiffs request that, in lieu of filing their appendix electronically, they be allowed to file two paper copies of the appendix with the Court and serve one paper copy upon defendant. Additionally, plaintiffs will provide both the Court and the defendant with an electronic copy of the appendix on CD-ROM. Defendant's counsel has stated that she does not oppose this motion.

For the foregoing reasons, plaintiffs respectfully request that the Court issue an order allowing plaintiffs to file the appendix to their Motion for Partial Summary Judgment in paper form.

[1]Plaintiffs will file their Motion for Partial Summary Judgment and Memorandum in Support via ECF.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiffs

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: March 4, 2008