# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed March 5, 2008)**

| | |
|---|---|
| **BLUE LAKE FOREST PRODUCTS, INC., Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES, Defendant.** | |
| **TIMBER PRODUCTS COMPANY, Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES, Defendant.** | |
| **CLR TIMBER HOLDINGS, INC., Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES, Defendant.** | |

## ORDER

On March 4, 2008, Plaintiff filed an unopposed motion to amend the filing requirements for the Appendix to Plaintiffs' Motion for Partial Summary Judgment. Plaintiffs request to file the Appendix in paper form. Good cause having been shown, Plaintiffs' motion is **GRANTED.** Plaintiffs shall also provide the Court with a copy of the appendix on CD-ROM.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**