**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BLUE LAKE FOREST PRODUCTS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 01-570C (Judge Williams) |
| TIMBER PRODUCTS COMPANY, Plaintiff, v. THE UNITED STATES, Defendant. | No. 01-627C (Judge Williams) |
| CLR TIMBER HOLDINGS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-501C (Judge Williams) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiffs Blue Lake Forest Products, Inc., Timber Products Company, and CLR Timber

Holdings, Inc. move for partial summary judgment in the above captioned matters. For the reasons set forth in plaintiffs' Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment, plaintiffs respectfully request that their motion for partial summary judgment be granted and the Court rule that (1) the Forest Service is liable to plaintiffs because it assumed the risk of liability to plaintiffs when it awarded the timber sale contracts without Category 2 surveys and then had to suspend plaintiffs' timber sales to perform those surveys but failed to include any valid exculpatory provisions or disclaimers in the contracts or require plaintiffs to execute any waivers of liability excusing the Forest Service from fault; (2) the Forest Service is liable to plaintiffs because it breached its implied warranty of specifications; (3) the Forest Service liable to plaintiffs because it breached its obligation to plaintiffs to disclose its superior knowledge regarding each timber sale's involvement in the ONRC Action litigation; (4) the Forest Service is liable to plaintiffs because it breached its duties to cooperate and not to hinder; and (5) Timber Products is entitled to be compensated by the Forest Service under contract clause C6.01 for the additional timber sale operational costs it incurred as a direct result of the Forest Service's suspension of the Jack Heli contract.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiffs

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: March 7, 2008