# In the United States Court of Federal Claims

**01-570 C**

**Filed: March 7, 2008**

**BLUE LAKE FOREST PRODUCTS, INC.,**

**v.**

**THE UNITED STATES**

**APPENDIX TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (in three separate volumes and one CD)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.