# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed: April 14, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BLUE LAKE FOREST PRODUCTS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMBER PRODUCTS COMPANY,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CLR TIMBER HOLDINGS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

---

On April 11, 2008, Defendant filed an unopposed motion for an enlargement of time of seven days, to and including April 25, 2008, to file its response to Plaintiffs' cross-motion for summary judgment. Defendant also requests that the deadlines for Plaintiffs' response and the parties' replies to the cross-motions for summary judgment be enlarged by seven days. The Defendant's motion is **GRANTED.** The Court orders the following:

1. **April 25, 2008** Responses to cross-motions for summary judgment and responses to the statements of uncontroverted fact are due.

2. **May 23, 2008** Replies to the responses to the cross-motions for summary judgment are due.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**