IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLUE LAKE FOREST PRODUCTS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 01-570C (Judge Williams) |
| TIMBER PRODUCTS COMPANY, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 01-627C (Judge Williams) |
| CLR TIMBER HOLDINGS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-501C (Judge Williams) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a five-day enlargement of time, to and including April 30, 2008, to file its response to plaintiffs' cross-motion for summary judgment. Our response is currently due on April 25, 2007. Defendant also respectfully requests an enlargement of 35 days, to and including June 27, 2008, for the parties to file their reply briefs. The parties filed a Joint Status Report on January 3, 2008, requesting changes in the

Court's September 28, 2007 scheduling order, and counsel for defendant filed an unopposed motions seeking additional time on February 11, 2008, and April 11, 2008. Plaintiffs' counsel has stated that he does not oppose this motion, with the understanding that plaintiffs' deadline would also be enlarged by five days, and that the deadline for the parties' reply briefs would be enlarged, to and including June 27, 2008, due to the parties' workload, which includes preparing for a trial in Scott Timber Co. v. United States, Fed. Cl. No. 05-708.

We respectfully request this enlargement because the undersigned counsel of record's supervisor must be out of the office the remainder of this week, and, therefore, will be unable to review the brief until his return next week.

For this reason, defendant respectfully requests that the Court grant its motion for an enlargement of time of 5 days, to and including April 30, 2008, for the parties to file responses to the cross-motions for partial summary judgment. Defendant further respectfully requests and an enlargement of time of 35 days, to and including June 27, 2008, within which to file the parties' reply briefs.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

April 23, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 23rd day of April, 2008, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Ellen M. Lynch
Ellen M. Lynch