# In the United States Court of Federal Claims

**Nos. 01-570C, 01-627C, 04-501C**
**(Filed: April 24, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BLUE LAKE FOREST PRODUCTS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMBER PRODUCTS COMPANY,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CLR TIMBER HOLDINGS, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On April 23, 2008, Defendant filed an unopposed motion for an enlargement of time of five days, to and including April 30, 2008, for the parties to respond to the cross-motions for summary judgment. Defendant also requests that the deadline for the parties' replies to the cross-motions for summary judgment be enlarged by 35 days, to and including June, 27, 2008. The Defendant's motion is **GRANTED**. The Court orders the following:

1. **April 30, 2008** The parties' responses to cross-motions for summary judgment and responses to the statements of uncontroverted fact are due.

2. **June 27, 2008** Replies to the responses to the cross-motions for summary judgment are due.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**