IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - *
SCOTT TIMBER COMPANY, *
Plaintiff, * No. 05-708C
vs. * (Judge Lettow)
UNITED STATES OF AMERICA, *
Defendant. *
- - - - - - - - - - - - - - - - *

DEPOSITION Of RICHARD O. FITZGERALD

Washington, D.C.

Tuesday, June 24, 2008

**Ex. A**

Q. You have no recollection about this?
A. I have no recollection.
Q. Okay. I think you testified earlier -- I'm sorry, before I go on, is there something you want to add about the exhibit?
A. No, I just --
Q. I believe you testified earlier that you didn't participate in the preparation of the contract documents for Pigout, Jigsaw and Whitebird.
A. No.
Q. Did you participate in the drafting of the Forest Service's standard 2400-6 or 6(T) contract?
A. Which version are you talking about?
Q. Well, I will represent to you that the version that is in the sales at issue in this case is the 1973 or '71 version.
A. No, I did not participate in the 1973 versions.
Q. Okay. I was going to ask a more general question about the contract clauses, but I probably need to be a little more specific then. You said you didn't participate in drafting of the '73

**Ex. A**

version. Did you participate in drafting of some other version?

A. Well, I reviewed the versions that we're using now.

Q. And do you know how long those have been in existence?

A. About four years.

Q. I'm going to break this into time periods. Prior to 1999, did you participate in drafting particular contract clauses?

A. '99. I was trying to think who did most of that at that point in time. I may have reviewed some but I did not participate to a great extent.

Q. And you said you may have reviewed, and I think you also said that about the contract -- the standard contract versions currently in effect.

A. Yeah.

Q. Did you have any responsibility for drafting contract clauses?

A. The people who worked for me had the responsibility to do that. That's why I hesitated. I was not doing it myself.

Ex. A

Q. Do you know who drafted contract clause C or C(T) 6.01?
A. Not offhand, no.
Q. Do you know when it was drafted?
A. I couldn't answer that right away, no.
Q. Okay, but did you have any role in the drafting --
A. The original drafting, no.
Q. Did you have a role in some other drafting or --
A. Only the discussions we've had recently with the industry.
Q. And when you say recently, can you give me a time period?
A. The last three to four years.
Q. And what is the context of those discussions?
A. Well, what are the interpretations of the provisions, and it was partly as a result of the revision of the 2400-6 contract.
Q. And when you say the revision, that's the one that's been in effect for about four years?

**Ex. A**

A. Yes.
Q. But going back to the period before 1999 --
A. Uh-huh.
Q. Did you have any discussions or participation in the development of C 6.01?
A. I can't recollect having any discussions of that.
Q. Okay. Are you familiar with the plaintiff, Scott Timber Company?
A. I am familiar with the company, yes.
Q. And you're familiar with the parent company, Roseburg Forest Products?
A. Yes, I know who they are.
Q. And its predecessor, Roseburg Lumber Company?
A. Yes.
Q. To your knowledge, and again I want to go back to the period before 1999 and then after -- in the period before 1999, did anyone from Scott or Roseburg participate in the drafting of the standard contract?

**Ex. A**