MS. LYNCH: I'd like to have this marked as Defense Exhibit 3, please.

(Deposition Exhibit No. 3 was marked for identification.)

BY MS. LYNCH:

Q. Mr. Bonde, I'm just going to ask you to take a look at that document, and do you recognize the document?

**A. I recognize that it's Forestry Forum, but I don't remember this from -- but this is how they would be writing.**

Q. How who would be writing it?

**A. NFA or AFRC or whomever this is at that time. Like -- I don't remember Forestry Forum.**

Q. Has CLR, to your knowledge, received these types of newsletter or this newsletter, in particular?

**A. I don't recall it. I really don't.**

Q. Not even this specific issue but just the newsletter in general?

**A. That's what I'm saying, Forestry Forum. They may have called it that at that time, but I**



Ex. B

**don't remember it being called that, but it was written as it is now -- AFRC is kind of set up similar to this.**

Q. Okay. Would there have been someone in your office who received these newsletters?

**A. There would have been two of us that would -- that would receive these.**

Q. Okay. Yourself and one other person; is that correct?

**A. One other person, yes.**

Q. Who is that person?

**A. Virgil Frazier.**

Q. And I'd like to direct your attention to page 2 of this document, the right-hand column. If you could just take a look at that, there are two paragraphs, and see if that refreshes your recollection at all with regard to this particular newsletter.

**A. I don't -- I don't recall seeing this before, no. But this is a long time ago, '98. Exactly nine years ago.**

Q. Yes. That is true. September 11th.



Ex. B