**A. I don't believe so.**
Q. Or Bruce Taylor?
**A. I don't believe so.**
Q. Did you ever investigate any aspects of the ONRC Action case?
**A. I may have been cognizant of it; but, as far as conversation about it, I don't -- I don't remember, but I don't think so.**
Q. I'd like to draw your attention to what has previously been marked Defense Exhibit 3.
(Exhibit 3 was placed before the witness.)
BY MS. LYNCH:
Q. Mr. Broom, do you recognize that document?
**A. I do not. I don't recollect having seen it.**
Q. Do you remember ever receiving or viewing this type of publication, the Forestry Forum newsletter?
**A. You know, I got stuff in the mail and, as a general rule of thumb, I would throw it in the garbage because, at my level -- you know, my level**



**Ex. C**

**didn't require a whole lot of this. I was more concerned about procurement of logs, and I can't say that I've ever seen it.**

Q. Isn't it true, though, that the procurement of logs could be affected by environmental litigation?

**A. Yes.**

Q. And that environmental litigation could result in suspension or cancellation of timber sales; is that correct?

**A. In my world, in those days, it was a procurement of logs. Bruce was insistent the mill continue to flow -- the logs to the mill continue to flow -- and my determination at that point in my life was to fulfill his mission as well as my own, and I spent huge amounts of time procuring logs. In my world, at that time, this type form that you showed me didn't catch my attention.**

MR. STEVENS: The witness is referring to Defendant's Exhibit 3.

BY MS. LYNCH:

Q. But, at that time, did the fact that



Ex. C