Q. Did you receive any publications from these organizations?

**A. Yes.**

Q. Did you review those publications?

**A. Sometimes.**

Q. Did those publications concern any information related to timber sale litigation?

**A. Sometimes.**

Q. Do you recall what litigation the publications were referring to?

**A. No, not at this time. I don't know if I could have told you at that time.**

Q. Do you recall the general time frame?

**A. The time frame that we got newsletters?**

Q. That the publications were referring to litigation.

**A. From -- no, I don't. We got news -- I would say this: Both CFA and IFPA sent out -- sent out newsletters on a monthly or quarterly basis, and we'd look at them.**

Q. Do you recall if those newsletters ever mentioned the ONRC Action lawsuit that ultimately



Ex. D

suspended operations on the Happy Thin Sale?

**A. I don't recall right now.**

Q. Did you ever attend any meetings for these organizations?

**A. Yes.**

Q. Did you attend meetings for these organizations between 1998 and 2000?

**A. Yes.**

Q. And at any of those meetings, did the groups discuss the ONRC Action litigation?

**A. I don't -- I can't recall anything specific on that, no.**

Q. Was there any discussion of litigation, in general, and how it affected timber sales?

**A. Yeah. There -- yes. I recall that.**

Q. What kinds of discussions did people have about litigation affecting timber sales?

**A. There's -- that there was some.**

Q. Were people giving each other ideas on how to deal with that litigation?

**A. I don't recall that. That was up to the lawyers.**



Ex. D

BY MS. LYNCH:

Q. If you could just take a look at this document, Mr. Taylor, and tell me if you just generally recognize the type of document it is?

**A. Well, it looks like a newsletter.**

Q. It's the Forestry Forum newsletter; is that correct?

**A. That's what it says.**

Q. Have you ever seen this newsletter before, not necessarily this issue, just --

**A. No, never.**

Q. Thank you.

Did you ever have any discussions with people from the Forest Service regarding timber sales?

**A. I guess, in general, it -- Chief Robertson, I believe we would see him at a meeting, and conversations went like this: "We need timber sales."**

**He said, "Well, we're working on it."**

MR. STEVENS: The record should reflect the witness previously did testify about



Ex. D