BY THE WITNESS:

**A. The NEPA documentation commented on, prior to Jack, was the national forest, the planning process and the bigger global issues that affected it. So the reason why is they impacted the timber sales program.**

**BY MS. LYNCH:**

Q. Just direct your attention, again, back to Defense Exhibit 3, which is the Forestry Forum newsletter. Is it true that you have never seen this --

**A. That's true.**

Q. -- newsletter prior to today? You testified earlier that you -- excuse me -- Timber Products currently comments on NEPA documentation regarding individual timber sales; is that correct?

**A. Occasionally.**

Q. But that was not the case before the Jack Heli sale; is that correct?

**A. Correct.**

Q. Is there a reason for that change in policy for Timber Products?



Ex. E