Blue Lake Forest Prod

**Total Sale Value Bidding**

FS-2400-14 (8/98) Page 1 of 11
(OMB No. 0596-0114 Exp. 05/31/99

USDA -Forest Service

**BID FOR ADVERTISED TIMBER**
(Reference FSM 2430, FSH 2409.18, Section 57.2)

1. Sale Number: 009

2. Date of Bid Opening: May 4, 1999 2:00 p.m.

3. Opened By: [signature]

4. In the Presence of: B. Cox

5. Sale Name: **Happy Thin Heli Timber Sale**

6. National Forest: Klamath

7. Ranger District: Happy Camp

8. Type of Bid
a. [ ] Sealed Bid
b. [✓] Confirmation of Oral Bid

9. To: (Title and address of Sale Officer receiving bids
Forest Supervisor
Klamath National Forest
1312 Fairlane Road
Yreka, CA 96097

10. Name of Newspaper: Siskiyou Daily News

11. Date Published: March 31, 1999

12. City: Yreka

13. State: CA

INSTRUCTIONS TO SALE OFFICER: Complete applicable blanks before sending to prospective bidders. Attach copy of sale advertisement. Entries are required in in blocks 1, 2, 5, 6, 7, 8a or b, 9, 10, 11, 12, 13, 14a, b, c, d, e, f, h, i & j, 15a, and 20; and instruction 14 in all sales. Strike out spaces for entries in one or more of columns e, h, or i, if not applicable to the sale.

*************In Response to the Notice of Sale published in the newspaper specified above, and subject to the conditions attached hereto, the following bid is submitted and shall constitute a Firm Offer:***********

14. Bid Information: Rates Per Unit of Measure

| Species (a) | Product (b) | Unit of Measure (c) | Estimated Quantity (d) | Base (e) | Minimum Acceptable Bid Rate (f) | Total Sale Bid (g) | Additional Deposits for Slash Disposal (h) | Base Indices (i) |
|---|---|---|---|---|---|---|---|---|
| Ponderosa (PP) and Jeffrey (JP) pine | Sawtimber Log | CCF | 15 | $10.00 | $10.00 | - * - ///////// | $23.24 | 211.37(E) |
| Sugar pine (SP) and western white pine (WWP) | Sawtimber Log | CCF | 82 | $10.00 | $10.00 | - * - ////////// | $23.24 | 211.37(E) |
| White fir (WF) and red-fir (RF) | Sawtimber Log | CCF | Nominal | $5.00 | $5.00 | 5.00 ** | $23.24 | 177.55(C) |
| Douglas-fir (DF) | Sawtimber Log | CCF | 3,448 | $10.00 | $10.00 | - * - //////////// | $23.24 | 194.46(D) |
| Incense-cedar (IC) | Sawtimber Log | CCF | Nominal | $5.00 | $5.00 | 5.00 ** | $23.24 | XX |
| **Timber subject to Agreement under CT2.11#:** | | | | | | | | |
| Cull, all species | Sawtimber | CCF | Unestimated, gross | $0.50 | $0.50 | 0.50 * | XX | XX |
| Hardwood, all species | Sawtimber | CCF | Unestimated, gross | $0.50 | $0.50 | 0.50 * | XX | XX |
| | | CCF | 3,545 | | | | | |

**Minimum Acceptable Total Sale Value, 14(j)** $35,450

**Bidder's Total Sale Value Bid, 14(g)** $35450

* **Total Value Bidding: Forest Service to determine proportionate rates for Species and Products.**
** **Fixed Rates; no different rates will be considered.**

**Required Removal at Fixed Rate. Only the Fixed Rate Applies.** **Fixed Rate**

N/A

15. BID GUARANTEE: (a) The minimum guarantee which must accompany this bid is: $ 3,600.
(b) The form of guarantee accompanying this bid is a(n) BID BOND in the amount of: $3600.00. (See Instruction 6 for acceptable forms of payment)

Ex. F

**16. BIDDER RESPONSIBILITY CERTIFICATION:** Subject to the penalties prescribed in 18 U.S.C. 1001, bidder certifies, by signing this bid form, that to the best of bidder's knowledge that the following representations are accurate and complete:

a. That the Bidder has not employed or retained any company or person (other than a full-time bona fide employee working solely for the bidder) to solicit or secure a contract for this timber or forest product.

b. That the Bidder has not paid or agreed to pay any company or person (other than a full-time bona fide employee working solely for the bidder) any fee, commission, percentage or brokerage fee, contingent upon or resulting from the award of contract for this timber or forest product, and agrees to furnish information relating thereto as requested by the Contracting Officer.

c. That the Bidder meets the requirements in 36 CFR 223.101 regarding determination of purchaser responsibility.

d. That if awarded this contract that Bidder will complete the timber sale contract to its terms and any modifications thereof including requirements to purchase, cut, and remove the included timber or forest product by the termination date.

**16a. BIDDER CERTIFICATION REGARDING DEBARMENT, SUSPENSION, AND OTHER MATTERS:** Subject to the penalties prescribed in 18 U.S.C. 1001, bidder certifies, by signing this bid form, that to the best of bidder's knowledge that the following representations are accurate and complete.

a. That the Bidder and its principles are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntary excluded from covered transactions by any Federal department or agency.

b. That the Bidder and its principles have not within a three-year period preceding this bid been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property.

c. That the Bidder and its principles are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State or local) with commission of any of the offenses enumerated in paragraph b of this certification.

d. That the Bidder and its principles have not within a three-year period preceding this bid had one or more public transactions (Federal, State or local) terminated for breach or default of a timber or forest product contract.

Bidders that cannot certify this block, in whole or in part, shall submit an explanation with their bid (see Instruction 17).

**16b. BIDDER INFORMATION REQUIREMENTS:** Subject to the penalties prescribed in 18 U.S.C. 1001, bidder certifies, by signing this bid form, that to the best of bidder's knowledge that the following information is accurate.

a. That the Bidder [X] has, [ ] has not participated in a previous contract subject to the provision of section 202 of Executive Order 11246 (Non-discrimination in Employment) of 9/24/65, as amended; and that the Bidder [X] has, [ ] has not submitted required compliance reports under such previous contracts.

b. That the Bidder together with its affiliates employs the following number of persons and is classified as:

[ ] 1-25 [X] 26-500 [ ] Over 500 **and a**: [X] Manufacturer [ ] Nonmanufacturer

Ex. F

**17. CERTIFICATE OF INDEPENDENT PRICE DETERMINATION:** Subject to the penalties prescribed in 18 U.S.C. 1001, bidder certifies and represents, by signing this bid form, that the following representations are accurate and complete:

A. By submission of this bid each Bidder also certifies, and in the case of a joint bid each party thereto certifies as to its own organization, that in connection with this sale:

(1) The prices in this bid have been arrived at independently, without consultation, communication, or agreement, as to any matter relating to such prices with any other bidder or with any potential competitor;
(2) The prices which have been quoted in this bid have not been knowingly disclosed by the Bidder and will not knowingly be disclosed by the Bidder prior to opening of bid, directly or indirectly to any other bidder or to any potential competitor; and
(3) No attempt has been made or will be made by the Bidder to induce any other person or firm to submit or not to submit a bid.

B. Each person signing this bid or proposal certifies that:

(1) The Signer is the person in the Bidder's organization responsible within that organization for the decision as to the prices bid herein and that the Signer has not participated, and will not not participate, in any action contrary to A (1) through A (3) above; or
(2) The Signer is not the person in the bidder's organization responsible within that organizationfor the decision as to prices bid herein but that the Signer has been authorized in writing to act as agent for the persons responsible for such decision in certifying that such persons have not participated, and will not participate, in any action contrary to A (1) through A (3) above, and as their agent does hereby so certify; and that the Signer has not participated, and will not participate, in any action contrary to A (1) through A (3) above.

C. A bid will not be considered for award where any portion of A or B above has been deleted or modified. Where these provisions have been deleted or modified the bid will not be considered for award unless bidder furnishes with the bid a sworn statement which sets forth in detail the circumstances of the disclosure and the Chief, Forest Service, or the Chief's designee, determines that such disclosure was not made for the purpose of restricting competition.

**18. CONTRACT, DOWNPAYMENT AND BOND:** The bidder whose bid is accepted will, within 30 days of the award letter's date, or any written extension thereof by the Forest Service, execute a timber sale contract which shall be provided by the Forest Service and be based on the sample contract referenced in the prospectus. Simultaneously, bidder shall submit a downpayment and furnish a satisfactory performance bond, in accordance with the provisions of such timber sale contract, in the penal sum as prescribed in the prospectus for this sale, and otherwise complete the process described on this form and pages attached hereto. Bidder agrees that its failure to comply with this paragraph shall result in a termination of this contract for breach under provisions of instruction 9 of the Instructions to Bidders portion of this form.

**19. DOWNPAYMENT:** Pursuant to 36 CFR 223.49, the bidder to whom award is made must make a downpayment at the time the contract is signed by the bidder and returned to the Forest Service in the amount of:

( ) Ten percent of the advertised value plus twenty percent of the total bid premium.
( X ) 10 percent of the advertised value, plus 20 percent of the total bid premium based on the Chief's determination that this amount is necessary to deter speculation.

NOTICE: The indicated downpayment amount shall be increased to twenty percent of the total advertised value and 40 percent of the total bid premium if the Contracting Officer determines that the Bidder meets the criteria for additional downpayment established by 36 CFR 223.49.

**20. FIRM OFFER:** Subject to the penalties prescribed in 18 U.S.C. 1001, Chapter 47-Fraud and False Statements: the Bidder hereby agrees not to withdraw this bid after the bid opening. Signing this bid form binds the Bidder to accept award under the terms of the sample contract and this bid form if its bid is accepted within 90 days after bid opening. The period for acceptance may be extended by written notice from Bidder. If Bidder qualifies as a small business and elects road construction by the Forest Service, then the Bidder agrees that its offer shall remain open through the period stated in the prospectus although that period may exceed 90 days.

**21. TERMS OF BIDDER'S OFFER:** Bidder certifies and represents that the Bidder has read and understands each and every provision of this bid form (together with any attachments thereto) and the sample sale contract. The Bidder agrees that it assumes the responsibility to clarify any questions before signing this form. The Bidder agrees that the written provisions of this bid form (together with any attachments) and the sample sale contract constitute the entire agreement of the parties until a written contract is executed and neither the bid form (and any attachments) nor the sample contract can be orally modified. The Bidder expressly adopts the terms of this bid form and the sample contract as material parts of the Bidder's offer for the advertised timber or forest product.

Ex. F

**22. DISCLAIMER OF ESTIMATES AND BIDDER'S WARRANTY OF INSPECTION:** Before submitting this bid, the Bidder is advised and cautioned to inspect the sale area, review the requirements of the sample sale contract, and take other steps as may be reasonably necessary to ascertain the location, estimated volumes, construction estimates, and operating costs of the offered timber or forest product. Failure to do so will not relieve the Bidder from responsibility for completing the contract.

The Bidder warrants that this bid/offer is submitted solely on the basis of its examination and inspection of the quality and quantity of the timber or forest product offered for sale and is based solely on its opinion of the value thereof and its costs of recovery, without any reliance on Forest Service estimates of timber or forest product quality, quantity or costs of recovery. Bidder further acknowledges that the Forest Service: (i) expressly disclaims any warranty of fitness of timber or forest product for any purpose; (ii) offers this timber or forest product as is without any warranty of quality (merchantability) or quantity and (iii) expressly disclaims any warranty as to the quantity or quality of timber or forest product sold except as may be expressly warranted in the sample contract.

The Bidder further holds the Forest Service harmless for any error, mistake, or negligence regarding estimates except as expressly warranted against in the sample contract.

**23. CERTIFICATION OF COMPLIANCE WITH EXPORT AND SUBSTITUTION RESTRICTIONS:** The Bidder certifies, by signing this bid form, that the Bidder is in compliance with applicable prohibitions against export and substitution prescribed in the Forest Resources Conservation and Shortage Relief Act of 1990 (36 CFR Part 223, Subpart F) and 16 U.S.C. 620, et seq. In Alaska, exports of logs, cordwood or primary products derived from included timber may not be transported from Alaska without Regional Forester approval (see instruction 16).

**24. SMALL BUSINESS SET-ASIDE SALE:** This is a small business set-aside sale. Section 15 of the Small Business Act of 1958 authorizes award of this sale to a qualified small business as stated in 13 CFR 121.507. If the Contracting Officer or another interested party questions the representation of the high bidder within 5 working days of bid opening, the Contracting Officer may defer award of this sale pending consideration by the Small Business Administration.

In addition to certifying Bidder's small business status, small businesses awarded set-aside sales, will also be required to execute SBA form 723, Small Business Certification, which is required on every preferential sale of set-aside timber at the time the sale contract is executed. The Small Business Administration certification confirms the representation of the size status of the firm, provides assurance that the firm will maintain records of all sales or exchanges of sawtimber from this sale for 3 years, and acknowledges the possible penalties for violating the foregoing.

The Bidder certifies, by signing this bid form, that it is a small business concern within the terms of definitions listed below:

(a) In sales of National Forest timber, a small business is a concern that is primarily engaged in the logging or forest products industry, is independently owned and operated, is not dominant in its field of operation, and together with its affiliates, does not employ more than 500 persons.

(b) In sales of National Forest timber with any part to be resold, a small business is a concern that meets the requirements of item (a), above, and agrees that it will not sell or exchange more than 30 percent of the advertised sawtimber quantities to a concern that does not qualify as small business.

(c) In sales of National Forest timber not to be resold for manufacture into lumber and timbers, a concern is small business when it meets the requirements of item (a), above, and it agrees that in manufacturing lumber or timbers from National Forest timber, it will do so only with its own facilities or those of concerns that qualify as small businesses.

**25. CERTIFICATION OF NON-AFFILIATION:** The timber or forest product included in this sale is timber or forest products remaining from an uncompleted sale contract. Title 36, Code of Federal Regulations, part 223.86, states: "Except as otherwise provided in this section, no bid will be considered in the resale of timber remaining from any uncompleted timber sale contract from any person, or from an affiliate of such person, who failed to complete the original contract: (1) because of termination for purchaser's breach or (2) through failure to cut designated timber on portions of the sale area by the termination date, . . . . As used in this section, 'person' includes any individual, corporation, company, association, firm, partnership, society, joint stock company, or other business entity or the successor in interest of any of the foregoing business entities. A person is an 'affiliate' when either directly or indirectly: (1) a person controls or has the power to control the other, or (2) a third person or persons control or have the power to control both."

The purchaser of the original contract for this timber was ____________________ of ____________________.

The Bidder certifies, by signing this bid form, that it is not the purchaser who failed to complete the original contract, and that bidder is not an affiliate of this person.

Ex. F

**Total Sale Value Bidding**

**26. CERTIFICATION OF AFFILIATION:** The bidder certifies that a complete listing of Bidder's affiliates who are primarily engaged in the logging of forest products is included with this bid: (Add additional pages if needed; See Instructions 10 and 14):

| Full Name of All Partners & Affiliates (Type or Print) | Tax Identification Number |
|---|---|
| NONE | |
| | |
| | |
| | |
| | |

**Before signing this bid, review the attached instructions to bidders and fill in the applicable blanks in boxes 14g, 15b, 16b, 18 and 28.**

| Name of Bidder: (Type or Print) | By: (Signature in ink) | |
|---|---|---|
| BLUE LAKE FOREST PRODUCTS, INC | [signature] | |
| **Tax Identification No.** | **Title: (Type or Print)** | **Date:** |
| 68-0105320 | TIMBER MANAGER | 6/22/99 |

Business Address (Include Zip Code) (Type or Print)

P.O. BOX 1176
ARCATA, CA. 95518

Public reporting burden for this collection is estimated to be 10 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Under the Paperwork Reduction Act of 1995, an agency shall not conduct or sponsor, and no persons are required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this collection of information is 0596-0114.

Deposits will be returned to unsuccessful bidders by certified mail unless deposits are returned personally.

Receipt for Returned Deposits:

Check Number________ in the amount of $____________ dated ________________ was returned

to ______________________________________________ ____________________________

Signature ______________________________________________ Date:______________

Ex. F

## INSTRUCTIONS TO BIDDERS

**1. BIDDER'S QUALIFICATIONS:** Before a bid is considered for award, the Bidder may be required to submit a statement regarding the Bidder's previous experience in performing comparable work, business affiliates and technical organizations, financial resources, intended product processing facilities and its timber exporting history.

**2. PREPARATION OF SEALED BIDS:** Bids shall be manually signed, bid prices entered in the "Bidder's Total Sale Bid Value" column (Box 14g) for all material subject to bidding and all fill-in blanks completed. If erasures or other changes appear on the forms, each erasure or change must be initialled by the person signing the bid.

**3. SUBMISSION OF SEALED BIDS:** Sealed bids, with the accompanying bid guarantee, must be submitted to the Sale Officer, designated by the advertisement as the receiving officer, at or prior to the time established by the advertisement. Such bids must be enclosed in a sealed envelope addressed to the designated receiving officer. The envelope should show on the outside (a) that it is a "Bid for Timber," and (b) the sale name or number, and the date and time of opening bids as shown by the advertisement. Bids received after the time specified in the sale advertisement are late bids, Forest Service Handbook 2409.18, Chapter 60 will govern acceptance of such bids.

**4. PUBLIC OPENING OF SEALED BIDS:** Sealed bids will be publicly opened and posted at the time and place set for opening in the advertisement.

**5. ORAL AUCTION BIDDING:** If the advertisement provides for Sealed and Oral bids, each bidder to participate in the oral auction must submit a sealed bid in accordance with these instructions. All parties who submit a satisfactory sealed bid will be permitted to continue bidding orally following opening and posting of the sealed bids. The Apparent High Bidder must confirm it's oral bid in writing immediately upon being declared the Apparent High Bidder.

**6. BID GUARANTEE:** A bid guarantee in the form of a bid bond on form FS-6500-13 (4/82 or later version), certification of annual bid bond allocation on form FS-6500-13a (4/82 or later version), an irrevocable letter of credit, the format of which has been pre-approved by the Forest Service Regional Forester, a certified check, official bank check, bank draft, cashier's check, bank or postal money order payable to the Forest Service, USDA, or cash, in an amount no less than that specified in item 15(a), must accompany each sealed bid. Failure to submit an acceptable bid guarantee with the sealed bid will require rejection of the bid as non-responsive unless there is no other acceptable bid, or unless the Forest Service, in its sole discretion, decides to briefly delay a sale advertised for sealed bids followed by oral bids in order to allow any bidder to cure any deficiency in its bid guarantee prior to oral bidding. Bid bonds must be accompanied by a power of attorney indicating that the person signing the bond for the surety has the power to do so. The Bidder acknowledges that bid guarantee shall be retained, in whole or in part, by the Forest Service to satisfy any damages that may be assessed if the bid is accepted and bidder subsequently fails to furnish a cash downpayment or return the executed contract and performance bond as required (see instruction 9); and that the bid guarantee may be retained, in whole or in part, if the bid is accepted and bidder has failed to abide by the terms of the bid or sample contract violating the False Statements Act including not meeting the requirements in 36 CFR 223.101, determination of purchaser responsibility, and bidder has made a false statement (block 16). Otherwise, the bid guarantee shall be returned to each bidder whose bid is not accepted.

**7. AWARD OF CONTRACT:** Award of the contract will be made to that responsible bidder whose bid, conforming to the invitation for bids, is most advantageous to the United States on the basis of total value at rates bid for the estimated quantities. The Government may, when in its interest, reject any or all bids or waive any informality in bids received. A written award mailed (or otherwise furnished) to the successful bidder shall be deemed to result in a binding contract without further action by either party. If timber is advertised as set-aside for competitive bidding by Small Businesses, award will be made to the highest bidder qualified as a Small Business and who has not been determined by the SBA to be ineligible for preferential award of set-aside sales. If there are no qualified Small Business bidders, the Forest Service will advertise this sale without restrictions on bidder size. All small businesses qualified as a small business by the SBA shall be required to follow the small business set-aside provisions of the sample contract.

**8. DOWN PAYMENT:** The bidder to whom award is made must make a down payment at the time the bidder signs the contract and returns the contract to the Forest Service. The amount of the down payment will be calculated as shown in Item 20 of this bid for advertised timber. Only cash or effective purchaser credit may be used to meet this requirement. Cash deposited must be in the form of bank draft, certified, official bank, or cashier's check, bank or postal money order, or company check. After receipt of down payment and executed contract with required performance bond, the bid guarantee will be returned to the successful bidder.

**9. DAMAGES:** Bidder acknowledges that this contract shall be terminated for breach pursuant to block 16, 16a, 16b, 19, 21, 24, 25, 26, 27 and/or 28 of this bid form and the terms of the sample contract if: (1) the Bidder fails to execute a timber sale contract, furnish a downpayment, or furnish a satisfactory performance bond, within the number of days listed in block 19, of award letter's date; (2) the Bidder is found to have violated the False Statements Act in making any statement or certification on this bid form including not meeting purchaser responsibility requirements and Bidder has made a false statement. The Bidder acknowledges that the Bidder shall not be entitled to cure this breach and that it will pay damages pursuant to the terms of the sample contract. The primary component of these damages shall be the difference between the Bidder's bid value and the resale bid value. If, in its sole discretion, the Forest Service decides not to reoffer the sale, the Bidder agrees that damages shall still be assessed by appraisal as provided in the sample contract.

**10. PRIVACY ACT:** All personal information is requested on a voluntary basis; however, if you do not provide this personal information, your bid will not be accepted and the contract will not be awarded to you. Solicitation of this information is necessary for the government to conduct its sale program and thus is authorized under the National Forest Management Act of 1976, (16 U.S.C. 472a). The principal purpose for collecting this information is to allow for proper award of a timber sale contract and to provide for administration of that contract after award. Other routine uses of this data include: (1) compilation of Small Business data to determine needs for set-aside sales, (2) determination of volume purchased in any specific time period by a single purchaser, and (3) determination of volume under contract by a purchaser.

**11. ELECTION OF ROAD OPTION AND CERTIFICATE OF SMALL BUSINESS STATUS:** The National Forest Management Act of 1976 (16 USC 472h(i)) provides that the Secretary of Agriculture may permit timber purchasers qualifying as small business concerns under the Small Business Act to elect, when submitting a bid for timber, to have the Secretary build the specified roads. Bidders qualifying as a Small Business concern under the Small Business Act, as amended, and the regulations thereunder, may elect to have the Forest Service construct the Specified Roads required by this contract. The Bidder who does not elect agrees, if awarded the contract, to construct the roads in accordance with the contract. A Bidder who does elect acknowledges that Bidder is aware of and agrees to the conditions stated in Instruction 11 above and that the Bidder is a Small Business concern.

If you wish to elect Government construction, you must so indicate in Block 18 on the bid form that you submit in response to the advertisement. You may not accept this election at a later time. If you do not elect Government construction on your original bid form and you receive contract award, you must construct needed specified roads. You must elect Government construction for all of the specified roads as a package. Election of Government construction of a portion of the roads constitutes a nonresponsive bid. When you elect Government construction, you must certify your firm as a qualified small business concern and acknowledge your understanding that award of the sale cannot take place until the Forest Service ensures road construction.

Except in rare instances, and then only when indicated in the advertisement, the Forest Service must rely upon independent contractors to construct the roads when you request Government construction. The Forest Service shall

make a good-faith effort to let a contract for the construction. Without receipt of a satisfactory bid under Federal Procurement Regulations, the Forest Service can only award the timber sale contract to you if you agree to perform the construction. This problem does not arise often, but you should consider the possibility when deciding upon your election.

The Act also requires that when the purchaser elects to have the Secretary build the roads, the price paid for the timber must include all of the estimated construction costs of the roads. The purchaser must pay the total cost of the road, regardless of the purchaser credit limit or the amount that the bid value exceeds base rate value. This means that you may be billed at a rate higher than the bid rate.

Ex. F

**12. DEFINITIONS:**

Affiliates: Business concerns or individuals are affiliates of each other if, directly or indirectly, (a) either one controls or has the power to control the other; or (b) a third party controls or has the power to control both.

Bidder: A Bidder is any individual, organization, or other legal entity that submits a bid for, or may be expected to submit a bid for, a National Forest timber sale.

Covered Transactions: A primary or lower tier covered transaction. A primary covered transaction is any nonprocurement transaction between an agency and a person. A lower tier covered transaction is any transaction between a participant and a person other than a procurement contract unless the procurement contract is greater than $25,000.

Participant: Any person who submits a proposal for, enters into, or reasonably may be expected to enter into a covered transaction. This term also indicates any person who acts on behalf of or is authorized to commit a participant in a covered transaction as an agent or representative of another participant.

Sale Officer: An individual delegated responsibility for any specific aspect or task in the bidding or awarding process for timber sales.

Small Business: In sales of National Forest timber a Small Business is a concern that: (1) is primarily engaged in the logging and forest products industry; (2) is independently owned and operated; (3) is not dominant in its field of operation; and (4) together with its affiliates does not employ more than 500 persons.

**13. CERTIFICATION OF COMPLIANCE WITH EXPORT RESTRICTIONS:** Certain restrictions on the purchase and export of unprocessed logs cut from National Forest timber apply in various parts of the country. Pursuant to the Forest Resources Conservation and Shortage Relief Act of 1997 (16 U.S.C. 620, et seq.) the Bidder acknowledges that the bidder is aware of the applicable export restrictions. The Bidder is aware that these restrictions affect the disposition of the included timber and is aware that the restrictions may reduce the potential value of the timber (36 CFR Part 223, Subpart F).

**14. CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT AND OTHER RESPONSIBILITY MATTERS-PRIMARY COVERED TRANSACTIONS:** The inability of a person to provide the certifications in block 16 will not necessarily result in denial of participation in this covered transaction. The prospective participant shall submit an explanation of why it cannot provide the certification. The certification or explanation will be considered in connection with the Forest Service's determination whether to enter into this transaction. However, failure of the prospective primary participant to furnish a certification or an explanation shall disqualify such person from participation in this transaction.

The certification is a material representation of fact upon which reliance was placed when the Forest Service determined to enter into this transaction. If it is later determined that the prospective primary participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the Forest Service may terminate this transaction for cause or default.

The prospective primary participant shall provide immediate written notice to the Forest Service to whom this proposal is submitted if at any time the prospective primary participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

The terms 'covered transaction,' 'debarred,' 'suspended,' 'ineligible,' 'lower tier covered transaction,' 'participant,' 'person,' 'primary covered transaction,' 'principal,' 'proposal,' and 'voluntarily excluded,' as used in this clause, have the meanings set out in the Definitions and Coverage sections of the rules implementing Executive Order 12549. You may contact the Forest Service for assistance in obtaining a copy of those regulations.

The prospective primary participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the Forest Service entering into this transaction.

The prospective primary participant further agrees by submitting this proposal that it will provide the addendum titled 'Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Covered Transaction,' without modification, to all lower tier covered transactions and in all solicitations for lower tier covered transactions.

A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may, but is not required to, check the List of PartiesExcluded from Federal Procurement and Nonprocurement Programs.

Ex. F

Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this provision. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

Except for transactions authorized under these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the Forest Service may terminate this transaction for cause or default.

**15. CERTIFICATION REGARDING DEBARMENT, SUSPENSION, INELGIBILITY, AND VOLUNTARY EXCLUSION - LOWER TIER COVERED TRANSACTIONS:** Pursuant to Title 7 of the Code of Federal Regulations, Part 3017, Section .510 each participant shall require participants in lower tier covered transactions to include a certification for it and its principals in any proposal submitted in connection with such lower tier covered transactions. Purchasers shall keep the certifications on file until the termination date of the contract.

A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may, but is not required to, check the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this provision. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

Except for transactions authorized under paragraph 5 of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the Forest Service may pursue available remedies, including suspension and/or debarment. The instructions and certification are listed below:

**CERTIFICATION Regarding Debarment, Suspension, Ineligibility And Voluntary Exclusion - Lower Tier Covered Transactions**

1. By signing and submitting this proposal, the prospective lower tier participant is providing the certification set out below:

2. The certification is a material representation of fact upon which reliance was placed when this transaction was entered into. If it is later determined that the prospective lower tier participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the Forest Service with which this transaction originated may pursue available remedies, including suspension and/or debarment.

3. The prospective lower tier participant shall provide immediate written notice to the person to which this proposal is submitted if at any time the prospective lower tier participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

4. The terms 'covered transaction,' 'debarred,' 'suspended,' 'ineligible,' 'lower tier covered transaction,' 'participant,' 'person,' 'primary covered transaction,' 'principal,' 'proposal,' and 'voluntarily excluded,' as used in this clause, have the meanings set out in the Definitions and Coverage sections of rules implementing Executive Order 12549. You may contact the person to which this proposal is submitted for assistance in obtaining a copy of those regulations.

5. The prospective lower tier participant agrees by submitting this certification that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the Forest Service.

6. The prospective lower tier participant further agrees by submitting this certification that it will include this certification titled 'Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Covered Transaction,' without modification, and instructions in all lower tier covered transactions and in all solicitations for its lower tier covered transactions.

Ex. F

## CERTIFICATION

Sale Name: ____________________

National Forest: ____________________

The prospective lower tier participant certifies, by submission of this proposal, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency.

Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

Name of Lower Tier Participant: NONE

Business Address: ____________________

6/22/99
Date

Signature

## CERTIFICATION OF NONSEGREGATED FACILITIES

(a) Segregated facilities, as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(b) By the submission of this offer, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity provision in the contract.

(c) The offeror further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) it will -

(1) Obtain identical certification from proposed subcontractors before the award of subcontracts under which the subcontractor will be subject to the Equal Opportunity provision:

(2) Retain the certifications in the files; and

(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

## NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract under which the subcontractor will be subject to the Equal Opportunity provision. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

Ex. F

BLUE LAKE FOREST PRODUCTS
P.O. BOX 1176
ARCATA, CALIFORNIA 95518

RBT
1:41 PM
6-22-99

**OFFER**

SOLICITATION NO. HAPPY THIN HECL

DATE FOR RECEIPT OF OFFERS ~~5/4/99~~ 6/22/99

TIME FOR RECEIPT OF OFFERS AM | 2:00 PM

OFFICE DESIGNATED TO RECEIVE OFFERS Klamath S.O., Yreka, CA

☆ GPO:1994-367-191

Ex. F